# EXHIBIT A

| | **SUM-100** |
|---|---|

# SUMMONS
## *(CITACIÓN JUDICIAL)*

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
THE STANDARD FIRE INSURANCE COMPANY, a Connecticut Company;
and DOES 1-10;

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
JACK YOUNG, an individual

**ELECTRONICALLY FILED**
Superior Court of California,
County of El Dorado
10/24/2024 at 02:47:07 PM
By: Katherine Burtt, Deputy Clerk

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| | **CASE NUMBER** *(Número del Caso):* |
|---|---|
| The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br>Superior Court of California, County of El Dorado<br>1354 Johnson Blvd<br>South Lake Tahoe, CA 96150 | **24CV2389** |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Daniel J. Veroff, Esq. SBN 291492 / Merlin Law Group
601 Montgomery Street, Suite 1925    Ph.:(415)851-2300
San Francisco, CA 94111

| DATE:<br>*(Fecha)* 10/24/2024 | Clerk, by<br>*(Secretario)* **Shelby Wineinger** | , Deputy<br>*(Adjunto)* |
|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):* THE STANDARD FIRE INSURANCE COMPANY, a Connecticut Company
    under: ☒ CCP 416.10 (corporation)       ☐ CCP 416.60 (minor)
              ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
              ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
              ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

[SEAL]

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
*www.courtinfo.ca.gov*

CEB.com | Essential Forms

TRUJILLO

**CM-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Daniel J. Veroff, Esq. [SBN 291492]<br>Merlin Law Group<br>601 Montgomery St., Ste. 1925 San Francisco, CA<br>TELEPHONE NO.: (415) 851-2300   FAX NO.: (415)960-3882<br>EMAIL ADDRESS: DVeroff@merlinlawgroup.com<br>ATTORNEY FOR *(Name):* Plaintiff, Jack Young | **ELECTRONICALLY FILED**<br>Superior Court of California,<br>County of El Dorado<br>**10/24/2024 at 02:47:07 PM**<br>By: Katherine Burtt, Deputy Clerk |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF EL DORADO |
|---|
| STREET ADDRESS: 1354 Johnson Blvd |
| MAILING ADDRESS: |
| CITY AND ZIP CODE: South Lake Tahoe, CA 96150 |
| BRANCH NAME: South Lake Tahoe |

| CASE NAME:<br>Jack Young v. The Standard Fire Ins. Co., et al. | |
|---|---|

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: |
|---|---|---|
| [X] Unlimited (Amount demanded exceeds $35,000) □ Limited (Amount demanded is $35,000 or less) | □ Counter  □ Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | 24CV2389 |
| | | JUDGE: Leanne K. Mayberry |
| | | DEPT.: 4 |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

| Auto Tort | Contract | Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403) |
|---|---|---|
| □ Auto (22) | □ Breach of contract/warranty (06) | □ Antitrust/Trade regulation (03) |
| □ Uninsured motorist (46) | □ Rule 3.740 collections (09) | □ Construction defect (10) |
| **Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort** | □ Other collections (09) | □ Mass tort (40) |
| □ Asbestos (04) | [X] Insurance coverage (18) | □ Securities litigation (28) |
| □ Product liability (24) | □ Other contract (37) | □ Environmental/Toxic tort (30) |
| □ Medical malpractice (45) | **Real Property** | □ Insurance coverage claims arising from the above listed provisionally complex case types (41) |
| □ Other PI/PD/WD (23) | □ Eminent domain/Inverse condemnation (14) | **Enforcement of Judgment** |
| **Non-PI/PD/WD (Other) Tort** | □ Wrongful eviction (33) | □ Enforcement of judgment (20) |
| □ Business tort/unfair business practice (07) | □ Other real property (26) | **Miscellaneous Civil Complaint** |
| □ Civil rights (08) | **Unlawful Detainer** | □ RICO (27) |
| □ Defamation (13) | □ Commercial (31) | □ Other complaint *(not specified above)* (42) |
| □ Fraud (16) | □ Residential (32) | **Miscellaneous Civil Petition** |
| □ Intellectual property (19) | □ Drugs (38) | □ Partnership and corporate governance (21) |
| □ Professional negligence (25) | **Judicial Review** | □ Other petition *(not specified above)* (43) |
| □ Other non-PI/PD/WD tort (35) | □ Asset forfeiture (05) | |
| **Employment** | □ Petition re: arbitration award (11) | |
| □ Wrongful termination (36) | □ Writ of mandate (02) | |
| □ Other employment (15) | □ Other judicial review (39) | |

2. This case □ is  [X] is not  complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. □ Large number of separately represented parties
   b. □ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. □ Substantial amount of documentary evidence
   d. □ Large number of witnesses
   e. □ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. □ Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. [X] monetary  b. □ nonmonetary; declaratory or injunctive relief  c. [X] punitive
4. Number of causes of action *(specify):*
5. This case □ is  [X] is not  a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: October 24, 2024

Daniel J. Veroff, Esq.
(TYPE OR PRINT NAME)           ▶  *(signature)*
                             (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. January 1, 2024]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
*www.courts.ca.gov*

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

CM-010

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the Civil Case Cover Sheet contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the Civil Case Cover Sheet to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
Asbestos (04)
　Asbestos Property Damage
　Asbestos Personal Injury/ Wrongful Death
Product Liability *(not asbestos or toxic/environmental)* (24)
Medical Malpractice (45)
　Medical Malpractice– Physicians & Surgeons
　Other Professional Health Care Malpractice
Other PI/PD/WD (23)
　Premises Liability (e.g., slip and fall)
　Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
　Intentional Infliction of Emotional Distress
　Negligent Infliction of Emotional Distress
　Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
　Legal Malpractice
　Other Professional Malpractice *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
　Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
　Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
　Negligent Breach of Contract/ Warranty
　Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
　Collection Case–Seller Plaintiff
　Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally complex)* (18)
　Auto Subrogation
　Other Coverage
Other Contract (37)
　Contractual Fraud
　Other Contract Dispute

**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
　Writ of Possession of Real Property
　Mortgage Foreclosure
　Quiet Title
　Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
　Writ–Administrative Mandamus
　Writ–Mandamus on Limited Court Case Matter
　Writ–Other Limited Court Case Review
Other Judicial Review (39)
　Review of Health Officer Order
　Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
　Abstract of Judgment (Out of County)
　Confession of Judgment *(non-domestic relations)*
　Sister State Judgment
　Administrative Agency Award *(not unpaid taxes)*
　Petition/Certification of Entry of Judgment on Unpaid Taxes
　Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
　Declaratory Relief Only
　Injunctive Relief Only *(non-harassment)*
　Mechanics Lien
　Other Commercial Complaint Case *(non-tort/non-complex)*
　Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition *(not specified above)* (43)
　Civil Harassment
　Workplace Violence
　Elder/Dependent Adult Abuse
　Election Contest
　Petition for Name Change
　Petition for Relief From Late Claim
　Other Civil Petition

1  VICTOR JACOBELLIS, ESQ. [SBN 278988]
   DANIEL J. VEROFF, ESQ. [SBN 291492]
2  RUDY TAP, ESQ. [297650]
   **MERLIN LAW GROUP**
3  601 Montgomery Street, Suite 1925
   San Francisco, CA 94111
4  Tel: (415) 851-2300
   Fax: (415) 960-3882
5  Email: dveroff@merlinlawgroup.com

6  *Attorneys for Plaintiff*
   JACK YOUNG
7

**ELECTRONICALLY FILED**
Superior Court of California,
County of El Dorado
**10/24/2024 at 02:47:07 PM**
By: Katherine Burtt, Deputy Clerk

8              **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9                 **FOR THE COUNTY OF EL DORADO COUNTY**

10

11  JACK YOUNG, an individual;                Case No.  24CV2389

12          Plaintiff.

13      v.                                    **COMPLAINT FOR:**

14                                            **(1) BREACH OF CONTRACT**

15  THE STANDARD FIRE INSURANCE              **(2) BREACH OF THE IMPLIED**
    COMPANY, a Connecticut Company; and DOES    **COVENANT OF GOOD FAITH**
16  1-10;                                    **AND FAIR DEALING**

17          Defendants.                       **JURY TRIAL DEMANDED**

18                                            **UNLIMITED JURISDICTION**

19

20

21

22

23

24

25

26

27

28

                                    1
                                COMPLAINT

**Parties, Venue and Jurisdiction**

1.     Plaintiff, Jack Young, is an individual over the age of eighteen who at all relevant times resided at 1048 Washoan Boulevard, South Lake Tahoe, in El Dorado County (the "Property").

2.     Defendant, the Standard Fire Insurance Company, a subsidiary of Travelers Insurance Company ("Standard Fire"), is a Connecticut corporation with its principal place of business in Hartford, Connecticut that does business in El Dorado County and licensed to conduct business in California.

3.     The true names and capacities, whether individual, corporate or otherwise, of the Defendants named herein as DOES 1 through 10, inclusive, are presently unknown to Mr. Young who therefore sue these Defendants by such fictitious names; Mr. Young reserves the right to amend this Complaint to reflect their true names and capacities when the same have been ascertained. Mr. Young is informed and believe, and on that basis alleges, that each of the Defendants fictitiously named herein as a DOE Defendant is at fault in some manner for the acts and omissions alleged herein and caused and/or are otherwise legally responsible for the injuries and damages to Mr. Young as herein alleged.

4.     Jurisdiction is appropriate in this State. Mr. Young is a resident of California. The matter in controversy, exclusive of interest and costs, exceeds the jurisdictional minimum for unlimited civil matters

5.     Venue is appropriate in this County because the insurance loss, breach of contract and breach of the implied covenant of good faith and fair dealing that are the subjects of this lawsuit occurred in El Dorado County.

**General Allegations**

6.     At all relevant times, Mr. Young was the owner the Property, which contained a 1,240 square foot single story home with three bedrooms, two bathrooms, and an attached exterior deck (the "Home").

1    7.    At all relevant times, the Property was insured against risks of loss by Standard Fire

2    Homeowners policy number 6097518916331 with a policy period from October 9, 2022 to

3    October 9, 2023 (the "Policy"). The Policy is attached as Ex. 1.

4    8.    The winter 2022 to 2023 was an historical season for snow fall in the Lake Tahoe

5    area. By April 1, 2023, it was the second snowiest season on record with approximately 700

6    inches of snow. The weight of ice and snow on the roof and other areas of the home caused severe

7    structural damage to its roof and framing, as well as the collapse of the exterior deck, depression

8    of the front porch, cracking in stone veneer, damage to the driveway pavement, and more (the

9    "Loss").

10    9.    Mr. Young discovered the Loss on or about April 12, 2023 and submitted a claim

11    to Standard Fire. Standard Fire accepted the claim and assigned it number IXB0825001H (the

12    "Claim"). The Claim is covered under the Policy and not excluded. Mr. Young complied with all

13    his legal obligations under the Policy, except those which were excused, waived, impossible to

14    perform, or otherwise ineffective as a matter of law.

15    10.    Despite accepting coverage for the Loss, Standard Fire adjusted the Claim in an

16    unreasonable manner that frustrated Mr. Young's rights under the Policy. Standard Fire's

17    unreasonable Claim adjustment included retaining a knowingly biased consultant who originally

18    contended that there was no damage to the roof, resulting in a denial, who then, after substantial

19    pushback from Mr. Young, reversed positions and admitted there was in fact damage. However,

20    despite admitting there in fact was damage to the roof framing, the same biased consultant

21    contended the damage pre-existed the Loss and was caused by alleged long-term exposure to

22    humidity from insufficient attic venting. In support, the consultant contended that the observed

23    cracks to the wood framing members must have pre-existed the Loss because of an alleged visual

24    appearance of paint within the cracks. However, there are no photographs depicting this and no

25    other persons inspecting the roof framing were able to see the same alleged condition. Despite

26    this, Travelers relied on its biased and unreliable consultant to refuse any further inspections or to

27    change its coverage positions, thus forcing Mr. Young to file this lawsuit.

28

11.     As a result of Standard Fire's conduct, Mr. Young was not indemnified for all damage caused by the Loss and covered under the Policy.

12.     As a result of Standard Fire's unreasonable conduct, Mr. Young did not have sufficient funds to return the Home to its pre-loss condition.

13.     Standard Fire's unreasonable claim conduct required Mr. Young to retain the services of an attorney to pursue benefits rightfully owed. He has and continues to incur substantial costs and suffered other consequential damages.

14.     Standard Fire's conduct was not an isolated event but part of a predetermined company plan to underwork and underpay claims and ultimately obtain windfall profits based on the small number of policyholders who are likely to bring over this conduct. Further, Standard Fire's conduct was intended to attempt to create a reasonable sounding but wrongful basis to deny or underpay the Claim and to intimidate Mr. Young from pursuing his rights.

15.     Standard Fire acted with malice, fraud and oppression within the meaning of Cal. Civ. Code § 3294. For this and other reasons, and as a result, Mr. Young is entitled to punitive and exemplary damages.

**First Cause of Action**

(Breach of Contract – Against Standard Fire and Does 1-10)

16.     Mr. Young re-alleges and incorporates by reference paragraphs 1-15 as though fully set forth herein.

17.     At all relevant times, a valid contract, the Policy, existed between Standard Fire and Mr. Young.

18.     The Property was damaged by the Loss. The Claim and the resulted damages are covered under the Policy and not excluded or limited.

19.     Standard Fire breached the Policy by failing to pay all amounts owed under the Policy for the Claim.

20.     As a proximate cause of this breach, Mr. Young has been damaged as described above.

**<u>Second Cause of Action</u>**

(Breach of the Covenant of Good Faith and Fair Dealing – Against Standard Fire and DOES 1-10)

21.     Mr. Young re-alleges and incorporates by reference the general allegations of paragraphs 1-20 as though fully set forth herein.

22.     A valid insurance contract, the Policy, existed and was in full effect at all relevant times.

23.     Arising out of the Policy, Standard Fire owed Mr. Young a duty of good faith and fair dealing.

24.     Standard Fire breached its respective duty in its adjustment of the Claim. For example, by:

    a.   Consciously and unreasonably withholding benefits due on account of the Loss on the basis that the weight of snow and ice on the roof did not cause the Property's damage when this was readily apparent in violation of Cal. Ins. Code § 790.03(h)(5);

    b.   Consciously and unreasonably setting out to create a plausible sounding but false basis upon which to underpay the Claim in violation of 10 Cal. Code. Regs. 2695.7(d);

    c.   Consciously and unreasonably failing to thoroughly and fairly investigate all information available in violation of Cal. Ins. Code § 790.03(h)(3);

    d.   Consciously and unreasonably delaying, refusing and continuing to refuse to pay benefits it knows are owed in violation of Cal. Ins. Code § 790.03(h)(6);

    e.   Consciously and unreasonably refusing to fully investigate the Loss in good faith;

    f.   Consciously and unreasonably refusing to give Mr. Young's interests at least as much as its own;

    g.   Consciously and unreasonably failing to adopt and implement reasonable or proper standards for the prompt and fair investigation of the Claim;

1          h.  Consciously and unreasonably failing to attempt in good faith to effectuate a

2              prompt, fair and equitable settlement of the Claim even though liability for it

3              was and is reasonably clear; amongst other unreasonable actions.

4      25.    Said conduct included unfair and deceptive acts or practices and unfair methods of

5  competition as part of a pattern and practice of improper claims administration.

6      26.    As a proximate cause of Standard Fire's breach, Mr. Young has been deprived of

7  insurance benefits owed, incurred attorneys' fees, public adjuster fees, and engineering fees in

8  pursuing the coverage owed, amongst other consequential damages.

9      27.    Furthermore, Standard Fire is liable for punitive damages as set forth above.

10

11                        **PRAYER FOR RELIEF**

12      WHEREFORE, Mr. Young prays for judgment as follows:

13  1.  For compensatory damages according to proof;

14  2.  For prejudgment and post-judgment interest according to proof;

15  3.  For reasonable attorneys' fees and cost of suit;

16  4.  For consequential damages;

17  5.  For punitive damages; and

18  6.  For such other and further relief as the Court deems just and proper.

19

20  Dated: October 24, 2024                    MERLIN LAW GROUP

21

22                          By:

23                                   DANIEL J. VEROFF
                                     VICTOR J. JACOBELLIS

24                                   RUDY TAP
                                   *Attorneys for Plaintiff*

25                                   JACK YOUNG

26

27

28

6
COMPLAINT

1

## **JURY TRIAL AND DEMAND**

2     Mr. Young herein demands a jury trial of all claims and causes of action in this lawsuit.

3

4
Dated: October 24, 2024                                    MERLIN LAW GROUP

5

6

7                                       By:    _____

8                                              DANIEL J. VEROFF
                                               VICTOR J. JACOBELLIS
9                                              RUDY TAP
                                               *Attorneys for Plaintiff*
10                                             JACK YOUNG

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 1

**TRAVELERS**

This is to certify that this is a reproduction, from the company's records, of the insurance policy between the insured and the insuring company as described on the Declarations Page.   It is a full, true and complete reproduction of the insurance policy.   No additional insurance is afforded by this copy.

Signature:

*Julie A. Senesh*

Date: 9.26.2024



## Homeowners Policy Continuation Declarations

**Named Insured and Mailing Address**
JACK YOUNG
1048 WASHOAN BLVD
SOUTH LAKE TAHOE, CA 96150-5904
JACKMAN33@AOL.COM

**Your Agency's Name and Address**
MENATH INS AN ALERA GRP
1325 AIRMOTIVE WAY STE 320
RENO, NV 89502

**Residence Premises**
1048 WASHOAN BLVD
SOUTH LAKE TAHOE, CA 96150-5904

### Policy Information

| | | | |
|---|---|---|---|
| **Your Policy Number** | 609751891 633 1 | **For Policy Service** | 1.775.831.3132 |
| **Your Account Number** | 994780768 | **For Claim Service** | 1.800.252.4633 |

**Your Insurer:** THE STANDARD FIRE INSURANCE COMPANY
a subsidiary or affiliate of The Travelers Indemnity Company
One Tower Square, Hartford, CT 06183

**The policy period is from October 9, 2022 at 12:01 A.M. STANDARD TIME to October 9, 2023 at 12:01 A.M. STANDARD TIME at the residence premises.**

**Total Premium for this Policy:** **$2,587.00**
This is not a bill. You will be billed separately for this transaction.

### Discounts

The following discounts reduced your premium:
    Loss Free                        Fire Protective Device

**Savings Reflected in Your Total Premium:**      **$202.00**

### Coverages and Limits of Liability

| **Property Coverage Section** | **Limit** |
|---|---|
| Coverage A – Dwelling | $607,000 |
| Coverage B – Other Structures | $60,700 |
| Coverage C – Personal Property | $406,872 |
| Coverage D – Loss of Use | $174,513 |

| **Liability Coverage Section** | **Limit** |
|---|---|
| Coverage E – Personal Liability - Bodily Injury and Property Damage (each occurrence) | $300,000 |
| Coverage F – Medical Payments to Others (each person) | $5,000 |



**TRAVELERS**

| Named Insured | JACK YOUNG | Policy Number | 609751891 633 1 |
| Policy Period | October 9, 2022 to October 9, 2023 | Issued On Date | August 22, 2022 |

### Liability – Additional Coverages
|  | Limit |
| Damage to Property of Others | $5,000 |
| Loss Assessment | $1,000 |

*Please review your policy for other Personal Property Special Limits of Liability and Additional Coverages that may apply.*

## Optional Coverages

| Optional Coverages | Endorsement | Limit | Premium |
|---|---|---|---|
| Personal Injury Coverage | HQ-082 CW (02-19) |  | $14.00 |
| Water Back Up and Sump Discharge or Overflow Coverage | HQ-208 CW (08-20) | $10,000 | Included* |
| Personal Property Replacement Cost Loss Settlement | HQ-290 CA (04-20) |  | Included* |
| Additional Replacement Cost Protection Coverage 25% of Coverage A - Dwelling Limit | HQ-420 CA (11-18) | $151,750 | Included* |
| Wildfire Defense Services | HQ-710 CA (05-17) |  | Included* |

*\*Note: The additional cost or premium reduction for any optional coverage or package shown as "Included" is contained in the Total Policy Premium Amount.*

### Required Forms and Endorsements Included in Your Policy:          Form: 633
| Policy Quick Reference | HQ-T77 CW (05-17) |
| Agreement, Definitions & Policy Conditions | HQ-D77 CW (05-17) |
| Property Coverage Section | HQ-P03 CW (05-17) |
| Liability Coverage Section | HQ-L77 CW (05-17) |
| Signature Page | HQ-S99 CW (05-17) |
| Special Provisions - California | HQ-300 CA (07-21) |
| Workers' Compensation Residence Employees | HQ-090 CA (05-17) |

**The Declarations along with the Optional Coverages, Optional Packages and Required Forms and Endorsements listed above form your Homeowners Insurance Policy. Please keep these documents for reference.**

## Information About Your Property

There are many factors that determine the premium on your policy, some of which are displayed below. If you would like a policy review, please contact your agent or Travelers Representative.

| Year Built: | Garage Type: | Pool: |
| # of Families: | Square Footage: | Age of Roof: 17 |

Issued on 08-22-2022

HQ-T77 CW (05-17)

## TRAVELERS INSURANCE POLICY

## YOUR HOMEOWNERS POLICY QUICK REFERENCE

**Beginning on Page**

HOMEOWNERS POLICY DECLARATIONS ............................................................................ D-1
    NAMED INSURED AND MAILING ADDRESS
    LOCATION OF YOUR RESIDENCE PREMISES
    YOUR AGENCY'S NAME AND ADDRESS
    MORTGAGEE NAME AND ADDRESS
    POLICY INFORMATION
    DISCOUNTS
    COVERAGES AND LIMITS OF LIABILITY
    DEDUCTIBLES

AGREEMENT .................................................................................................................. A-1
DUTY TO REPORT CHANGES IN EXPOSURE ................................................................... A-1
DEFINITIONS ................................................................................................................. A-1
POLICY CONDITIONS ..................................................................................................... A-4

PROPERTY COVERAGE SECTION
    PROPERTY COVERAGE A – DWELLING .................................................................... P-1
    PROPERTY COVERAGE B – OTHER STRUCTURES...................................................... P-1
    PERILS INSURED AGAINST
        PROPERTY COVERAGE A – DWELLING
        PROPERTY COVERAGE B – OTHER STRUCTURES ............................................... P-1
    PROPERTY COVERAGE C – PERSONAL PROPERTY .................................................... P-3
    PERILS INSURED AGAINST
        PROPERTY COVERAGE C – PERSONAL PROPERTY............................................... P-5
    PROPERTY COVERAGE D – LOSS OF USE ............................................................... P-6
    PROPERTY – ADDITIONAL COVERAGES.................................................................. P-7
    PROPERTY – EXCLUSIONS..................................................................................... P-11
    PROPERTY – CONDITIONS..................................................................................... P-14

LIABILITY COVERAGE SECTION
    LIABILITY COVERAGE E – PERSONAL LIABILITY...................................................... L-1
    LIABILITY COVERAGE F – MEDICAL PAYMENTS TO OTHERS .................................. L-1
    LIABILITY – ADDITIONAL COVERAGES .................................................................. L-1
    LIABILITY – EXCLUSIONS ...................................................................................... L-3
    LIABILITY – CONDITIONS...................................................................................... L-8

SIGNATURE PAGE ........................................................................................................ S-1

© The Travelers Indemnity Company. All rights reserved.

# TRAVELERS INSURANCE POLICY

**The Standard Fire Insurance Company**
One Tower Square, Hartford, Connecticut 06183
(A Stock Insurance Company)

## AGREEMENT

We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of this policy.

## DUTY TO REPORT CHANGES IN EXPOSURE

You or an "insured" must notify us when:

1. There is a change to the mailing or "residence premises" address shown in the Declarations;

2. A named "insured" no longer resides on the "residence premises" or a person or persons begin to reside on the "residence premises";

3. A named "insured" dies;

4. Title to or ownership of the "residence premises" changes;

5. There is a change to the use of the "residence premises" with respect to "business" conducted or rental activity;

6. An addition, alteration or renovation is made to a dwelling or other building on the "residence premises"; or

7. A named "insured" acquires a replacement or additional residential property.

If you fail to report a change relating to the insured property within 60 days, it may result in denial of coverage under this policy.

## DEFINITIONS

In this policy, you and your refer to:

a. The named "insured" shown in the Declarations; and

b. The spouse if a resident of the same household. The term spouse includes, if a resident of the same household:

(1) The civil partner of the named "insured", provided such civil union was obtained in a state where a civil union is legally recognized; or

(2) The domestic partner of the named "insured", provided such domestic partner was in a continuing spouse-like relationship with the named "insured" for the purpose of a domestic life. Both persons must be 18 years of age or older and may not be related to each other by blood. Neither may be married to another person, or be a domestic partner or partner by civil union of any other person.

In this policy, we, us and our refer to the member company of Travelers providing this insurance and shown as Your Insurer in the Declarations.

In this policy, certain words and phrases are in quotes. Those words and phrases are defined as follows:

1. "Aircraft" means any device used or designed for flight, including any:

a. Unmanned flying device, self-propelled missile or spacecraft; and

b. Accessory, equipment or part for such device, whether or not attached to the device.

Under Property Coverage C – Personal Property, Liability Coverage E – Personal Liability, Liability Coverage F – Medical Payments to Others and Liability – Additional Coverages, "aircraft" does not include any unmanned flying device that:

a. Is used or operated for recreational purposes only; and

b. Weighs less than 10 pounds with or without any accessory, equipment or part attached.

2. "Aircraft Liability", "Hovercraft Liability", "Motor Vehicle Liability" and "Watercraft Liability" mean liability for "bodily injury" or "property damage" arising out of the:

a. Ownership of such vehicle or craft by an "insured";

© 2016 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**(2)** 21 and in your care or the care of a person described in **9.a.(1)**; or

**c.** Any Additional Insured named in the Declarations, but only with respect to Coverages A, B, E and F if applicable to your policy and only for the "residence premises".

**d.** Under the Liability Coverage Section:

**(1)** With respect to animals or watercraft to which this policy applies, any person or organization legally responsible for these animals or watercraft which are owned by you or any person included in **9.a.** or **b.**

"Insured" does not mean a person or organization using or having custody of these animals or watercraft in the course of any "business" or without consent of the owner; or

**(2)** With respect to any vehicle to which this policy applies:

**(a)** Persons while engaged in your employ or that of any person included in **9.a.** or **b.**; or

**(b)** Other persons using the vehicle on an "insured location" with your consent.

Under both the Property and Liability Coverage Sections of this policy, when the word an immediately precedes the word "insured", the words an "insured" together mean one or more "insureds".

**10.** "Insured location" means:

**a.** The "residence premises";

**b.** The part of other premises, other structures and grounds used by you as a residence and:

**(1)** Which is shown in the Declarations; or

**(2)** Which is acquired by you during the policy period for your use as a residence;

**c.** Any premises used by you in connection with a premises described in **10.a.** and **b.**;

**d.** Any part of a premises:

**(1)** Not owned by an "insured"; and

**(2)** Where an "insured" is temporarily residing;

**e.** Vacant land, other than farm land, owned by or rented to an "insured";

**f.** Land owned by or rented to an "insured" on which a one or two family dwelling is being built as a residence for an "insured";

**g.** Individual or family cemetery plots or burial vaults of an "insured";

**h.** Any part of a premises occasionally rented to an "insured" for other than "business" use;

**i.** Any premises owned by you and rented to others for use as a residence by not more than four families, if shown in the Declarations as an Additional Residence Rented to Others; or

**j.** Any other structure on the "residence premises" rented to others as a private residence if a limit of liability is shown in the Declarations as Structures Rented to Others.

**11.** "Motor vehicle" means:

**a.** A self-propelled land or amphibious vehicle; or

**b.** Any trailer or semi-trailer which is being carried on, towed by or hitched for towing by a vehicle described in **11.a.**

"Motor vehicle" does not include model, hobby or children's toy vehicles.

**12.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions, which results during the policy period, in:

**a.** "Bodily injury"; or

**b.** "Property damage".

**13.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals, waste and any unhealthful or hazardous building materials. Waste includes materials to be recycled, reconditioned or reclaimed.

**14.** "Property damage" means physical injury to, destruction of, or loss of use of tangible property.

**15.** "Residence employee" means:

**a.** An employee of an "insured", or an employee leased to an "insured" by a labor leasing firm under an agreement between an "insured" and the labor leasing firm, if the employee's duties are related to the maintenance or use of the "residence premises", including household or domestic services; or

**b.** One who performs similar duties elsewhere not related to the "business" of an "insured."

A "residence employee" does not include a temporary employee who is furnished to an "insured" to substitute for a permanent "residence employee" on leave or to meet seasonal or short-term workload conditions.

© 2016 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

If specific Cancellation provisions apply in your state, they will appear in the *Special Provisions Endorsement* that is part of this policy.

c. When this policy is cancelled, the premium for the period from the date of cancellation to the expiration date will be refunded pro rata.

d. If the return premium is not refunded with the notice of cancellation or when this policy is returned to us, we will refund it within a reasonable time after the date cancellation takes effect.

5. **Nonrenewal.** We may elect not to renew this policy. We may do so by delivering to you, electronically transmitting to you, if permissible by law, or mailing to you at the mailing address shown in the Declarations, written notice at least 30 days before the expiration date of this policy. Proof of mailing or electronic transmission will be sufficient proof of notice. We will also deliver or mail a copy of the notice to any Additional Insured named in the Declarations.

If we offer to renew and you or your representative do not accept, this policy will automatically terminate without notice of termination at the end of the current policy period. Failure to pay the required renewal premium when due shall mean that you have not accepted our offer.

If specific Nonrenewal provisions apply in your state, they will appear in the *Special Provisions Endorsement* that is part of this policy.

6. **Assignment.** Assignment of this policy is void unless we give our written consent. We, as the non-assigning party, will not recognize any assignment of this policy unless our written consent is provided.

7. **Subrogation.** An "insured" may waive in writing before a loss all rights of recovery against any person. If not waived, we may require an assignment of rights of recovery for a loss to the extent that payment is made by us.

If an assignment is sought, an "insured" must sign and deliver all related papers and cooperate with us.

Subrogation does not apply under the Liability Coverage Section to Medical Payments to Others or Damage to Property of Others.

8. **Death.** If any person named in the Declarations or the spouse, if a resident of the same household, dies:

a. We insure the legal representative of the deceased but only with respect to the premises and property of the deceased covered under the policy at the time of death; and

b. "Insured" will then also include:

(1) An "insured" who is a member of your household at the time of your death, but only while a resident of the "residence premises"; and

(2) With respect to your property, the person having proper temporary custody of the property until appointment and qualification of a legal representative.

© 2016 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

# TRAVELERS HOMEOWNERS INSURANCE POLICY

## PROPERTY COVERAGE SECTION

### PROPERTY COVERAGE A - DWELLING

1. We cover:

   a. The dwelling on the "residence premises" shown in the Declarations, including structures attached to the dwelling; and

   b. Materials and supplies located on or next to the "residence premises" used to construct, alter or repair the dwelling or other structures on the "residence premises".

2. We do not cover land, including land on which the dwelling is located.

### PROPERTY COVERAGE B – OTHER STRUCTURES

1. We cover other structures on the "residence premises" set apart from the dwelling by clear space. This includes structures connected to the dwelling by only a fence, utility line or similar connection. It also includes other structures that are not buildings, including driveways, walkways and patios.

2. We do not cover:

   a. Land, including land on which the other structures are located;

   b. Other structures rented or held for rental to any person not a tenant of the dwelling, unless used solely as a private garage. We do cover other structures rented to others as a private residence for which a limit of liability is shown in the Declarations for Structures Rented to Others;

   c. Other structures from which any "business" is conducted; or

   d. Other structures used to store "business" property. We do cover a structure that contains "business" property solely owned by an "insured" or a tenant of the dwelling provided that "business" property does not include gaseous or liquid fuel, other than fuel in a permanently installed fuel tank of a vehicle or craft parked or stored in the structure.

## PERILS INSURED AGAINST
## PROPERTY COVERAGE A – DWELLING
## PROPERTY COVERAGE B – OTHER STRUCTURES

1. We insure against direct physical loss to property described in Property Coverages A and B.

2. We do not insure for loss:

   a. Excluded under Property - Exclusions;

   b. Involving collapse or danger of collapse, except as provided in Property - Additional Coverage 9. Collapse; or

   c. Caused by:

      (1) Freezing of a plumbing, heating, air conditioning or automatic fire protective sprinkler system or of a household appliance, or by discharge, leakage or overflow from within the system or appliance caused by freezing. This exclusion does not apply if you have used reasonable care to:

         (a) Maintain heat in the building; or

         (b) Shut off the water supply and drain all systems and appliances of water.

      If the building is protected by an automatic fire protective sprinkler system, you must use reasonable care to continue the water supply and maintain heat in the building for coverage to apply.

      For purposes of this provision, a plumbing system or household appliance does not include a sump, sump pump or related equipment or any other system designed to remove surface or subsurface water, roof drain, gutter, downspout or similar fixtures or equipment;

      (2) Freezing, thawing, pressure or weight of water, ice or snow, whether driven by wind or not, to a:

© 2016 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

subsurface water, roof drain, gutter, down spout or similar fixtures or equipment.

Under Perils Insured Against **2.b.** and **c.**, any ensuing loss to property described in Property Coverages A and B not excluded by any other provision in this policy is covered.

## PROPERTY COVERAGE C – PERSONAL PROPERTY

1. **Covered Property.** We cover personal property owned or used by an "insured" while it is anywhere in the world. At your request, we will cover personal property owned by:

   a. Others while the property is on the part of the "residence premises" occupied by an "insured"; or

   b. A guest or a "residence employee", while the property is in any residence occupied by an "insured".

   This request may be made after a loss.

2. **Limit for Property at Other Locations.**

   a. **Other Residences.**

      Our limit of liability for personal property usually located at an "insured's" residence, other than the "residence premises", is 10% of the limit of liability for Property Coverage C, or $1,000, whichever is greater. This limitation does not apply to personal property:

      (1) Moved from the "residence premises" because the "residence premises" is:

         (a) Being repaired, renovated or rebuilt; and

         (b) Not fit to live in or store property in;

      (2) Removed, for a period of 60 days or less, from the "residence premises" endangered by a Peril Insured Against; or

      (3) In a newly acquired principal residence for 60 days from the time you begin to move the property there.

   b. **Storage Facilities.**

      Our limit of liability for personal property owned or used by an "insured" and located in a storage facility is 10% of the limit of liability for Property Coverage C, or $1,000, whichever is greater. This limitation does not apply to personal property:

      (1) Moved from the "residence premises" because the "residence premises" is:

         (a) Being repaired, renovated or rebuilt; and

         (b) Not fit to live in or store property in;

      (2) Removed, for a period of 60 days or less, from the "residence premises" endangered by a Peril Insured Against; or

      (3) Usually located in an "insured's" residence, other than the "residence premises".

3. **Special Limits of Liability.** The following categories of personal property are covered only up to the Special Limits of Liability indicated below or shown in the Declarations. The special limit for each category described below is the total limit for each loss for all property in that category. These special limits do not increase the Property Coverage C limit of liability.

   a. Money, bank notes, bullion, gold other than goldware, silver other than silverware, platinum other than platinumware, coins, medals, scrip, stored value cards, smart cards, gift certificates, digital currency and any related currencies used in place of money.

   b. Securities, accounts, deeds, evidence of debt, letters of credit, notes other than bank notes, manuscripts, passports, tickets and stamps.This limit includes the cost to research, replace or restore information from the lost or damaged material.

   c. Comic books and trading cards, including sport cards, game cards and non-sports cards.

   d. Collectibles, including figurines, glassware, marble, porcelains, statuary and similar articles.

   e. Loss by theft of jewelry, watches, precious and semiprecious stones.

   f. Loss by theft of furs.

   g. Loss by theft of silverware, silver-plated ware, goldware, gold-plated ware, platinumware, platinum-plated ware and pewterware. This includes flatware, hollowware, tea sets, trays and trophies made of or including silver, gold, platinum or pewter.

   h. Loss by theft of firearms and related equipment.

© 2016 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**j.** Credit cards, electronic fund transfer cards or access devices used solely for deposit, withdrawal or transfer of funds except as provided in Property - Additional Coverage **7.** Credit Card, Electronic Fund Transfer Card or Access Device, Forgery and Counterfeit Money;

**k.** Grave markers, except as provided in Property - Additional Coverage **13.** Grave Markers; or

**l.** Water or steam.

---

## PERILS INSURED AGAINST
## PROPERTY COVERAGE C – PERSONAL PROPERTY

---

We insure for direct physical loss to the property described in Property Coverage C caused by any of the following perils, unless the loss is excluded in Property - Exclusions.

**1. Fire or Lightning.**

**2. Windstorm or Hail.**

This peril includes loss to watercraft and their trailers, furnishings, accessories, equipment, parts and outboard engines or motors, only while inside a fully enclosed building.

This peril does not include loss to property contained in a building caused by rain, snow, sleet, sand or dust unless the direct force of wind or hail damages the building, causing an opening in a roof or wall and the rain, snow, sleet, sand or dust enters through this opening.

**3. Explosion.**

**4. Riot or Civil Commotion.**

**5. Aircraft.**

This peril includes remotely operated, unmanned flying device, self-propelled missile or spacecraft.

**6. Vehicles.**

**7. Smoke.**

This peril means sudden and accidental damage from smoke, including the emission or puffback of smoke, soot, fumes or vapors from a boiler, furnace or related equipment.

This peril does not include loss caused by smoke from the manufacture of controlled substances, agricultural smudging or industrial operations.

**8. Vandalism or Malicious Mischief.**

This peril does not include loss to property caused by vandalism and malicious mischief, and any ensuing loss caused by any intentional and wrongful act committed in the course of the vandalism or malicious mischief, if the dwelling has been "vacant" for more than 60 consecutive

days immediately before the loss regardless of the policy's inception or renewal date.

**9. Theft.**

**a.** This peril includes attempted theft and loss of property from a known place when it is likely that the property has been stolen.

**b.** This peril does not include loss caused by theft:

(1) Committed by an "insured";

(2) In or to a dwelling under construction, or of materials and supplies for use in the construction until the dwelling is finished and occupied;

(3) From that part of a "residence premises" rented by an "insured" to someone other than another "insured";

(4) Anywhere on the "residence premises" when any portion is rented by an "insured" to someone other than another "insured" for a continuous period of less than 30 days; or

(5) That occurs off the "residence premises" of:

(a) Trailers, semitrailers and campers;

(b) Watercraft, including their furnishings, accessories, equipment, parts and outboard engines or motors; or

(c) Property while at any other residence owned by, rented to or occupied by an "insured", except while an "insured" is temporarily living there. Property of an "insured", who is a student, is covered while at the residence the student occupies to attend school as long as the student has been there at any time during the 90 days immediately before the loss.

**10. Falling Objects.**

This peril does not include loss to property contained in a building unless the roof or an

© 2016 The Travelers Indemnity Company. All rights reserved. Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**2. Fair Rental Value.** If a loss covered under the Property Coverage Section makes that part of the "residence premises" rented to others or held for rental by you not fit to live in, we cover the amount of fair rental value of such premises lost, less any expenses that do not continue while it is not fit to live in.

Coverage under Fair Rental Value will only apply when that part of the "residence premises" is held for rental or rented to others for a term of 6 consecutive months or more by the same roomer, boarder, tenant or other occupant who provides compensation to an "insured".

Payment will be for the shortest time required to repair or replace such premises, but for no more than 24 months.

Written proof that part of the "residence premises" is rented, was held for rental at the time of loss or has been rented within the 12 months prior to the date of loss is required.

**3. Civil Authority Prohibits Use.** If a civil authority prohibits you from use of the "residence premises" as a result of direct physical damage to neighboring premises caused by a Peril Insured Against under this policy, we cover resulting **1.** Additional Living Expense and **2.** Fair Rental Value as provided above for no more than 30 days. Neighboring premises means a premises in sufficient proximity to the "residence premises" that there exists a reasonable risk that the damage affecting the neighboring premises could endanger either the "residence premises" or the safety of its occupants while in the "residence premises".

The periods of time under **1.** Additional Living Expense, **2.** Fair Rental Value and **3.** Civil Authority Prohibits Use above are not limited by expiration of this policy.

**4. Loss or Expense Not Covered.** We do not cover loss or expense due to cancellation of a lease or agreement.

## PROPERTY - ADDITIONAL COVERAGES

Unless otherwise stated, the following coverages are additional insurance and are subject to the applicable deductible.

**1. Debris Removal.** We will pay your reasonable expense for the removal of debris of covered property if a Peril Insured Against that applies to the damaged property causes the loss.

This expense is included in the limit of liability that applies to the damaged property. If the amount to be paid for the actual damage to the property plus the debris removal expense is more than the limit of liability for the damaged property, an additional percentage, as shown in the Declarations for this Property – Additional Coverage, of that limit is available for such expense.

We do not pay for the removal of trees except as provided under Property – Additional Coverage **2.** Tree Removal. We also do not pay for:

**a.** Extraction of "pollutants" from land or water; or

**b.** Removal, restoration or replacement of polluted land or water.

**2. Tree Removal.** We will pay your reasonable expense, up to the limit shown in the Declarations for this Property - Additional Coverage, for the removal of trees fallen on the "residence premises" as a result of a Peril Insured Against, provided the tree(s):

**a.** Damage(s) a covered structure; or

**b.** Do(es) not damage a covered structure, but:

**(1)** Block(s) a driveway on the "residence premises" which prevent(s) a "motor vehicle", that is registered for use on public roads or property, from entering or leaving the "residence premises"; or

**(2)** Block(s) a ramp or other fixture designed to assist a person to enter or leave the dwelling building.

The Per Loss Limit shown in the Declarations for this Property – Additional Coverage is the most we will pay in any one loss regardless of the number of fallen trees. No more than the Per Tree Limit shown in the Declarations for this Property - Additional Coverage will be paid for the removal of any one tree.

**3. Reasonable Repairs.**

**a.** We will pay the reasonable cost incurred by you for the necessary measures taken solely to protect covered property that is damaged by a Peril Insured Against from further damage.

**b.** If the measures taken involve repair to other damaged property, we will pay only if that

© 2016 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**8. Loss Assessment.**

    **a.** We will pay up to the limit shown in the Declarations for this Property - Additional Coverage for your share of loss assessment charged during the policy period against you, as owner or tenant of the "residence premises", by a corporation or association of property owners. The assessment must be made as a result of direct loss to property, owned by all members collectively, of the type that would be covered by this policy if owned by you, caused by a Peril Insured Against under Property Coverage A.

    This coverage does not apply to assessments made as a result of damage caused by earthquake and other earthquake shocks, including land shock waves or tremors before, during or after volcanic activity.

    We do cover loss caused directly by fire, explosion or theft resulting from earthquake and other earthquake shocks.

    The limit shown in the Declarations is the most we will pay with respect to any one loss, regardless of the number of assessments. We will apply only one deductible, per unit, to the total amount of any one loss to the property described above, regardless of the number of assessments.

    **b.** We do not cover assessments charged against you or a corporation or association of property owners by any governmental body.

    **c.** Property - Condition **16.** Policy Period does not apply to this coverage.

**9. Collapse.**

    **a.** With respect to this Property - Additional Coverage:

       **(1)** Collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its current intended purpose.

       **(2)** A building or any part of a building that is in danger of falling down or caving in is not considered to be in a state of collapse.

       **(3)** A part of a building that is standing is not considered to be in a state of collapse even if it has separated from another part of the building.

       **(4)** A building or any part of a building that is standing is not considered to be in a state

of collapse even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

    **b.** We insure for direct physical loss to covered property involving abrupt collapse of a building or any part of a building if the collapse was caused by one or more of the following:

       **(1)** A Peril Insured Against under Property Coverage C;

       **(2)** Decay that is hidden from view, unless the presence of such decay is known to an "insured" prior to collapse or there are visible signs of damage and the "insured" has not taken prompt action to prevent further damage;

       **(3)** Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an "insured" prior to collapse;

       **(4)** Weight of contents, equipment, animals or people;

       **(5)** Weight of rain which collects on a roof; or

       **(6)** Use of defective material, methods or faulty, inadequate workmanship in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation.

    **c.** Loss to an awning, fence, patio, deck, pavement, swimming pool, underground pipe, flue, drain, cesspool, septic tank, footing, foundation, wall, floor, retaining wall, bulkhead, pier, wharf or dock, whether any item is wholly or partially above or below ground, is not included under **9.b.(2)** through **(6)**, unless the loss is a direct result of the collapse of a building or any part of a building.

    **d.** This coverage does not increase the limit of liability that applies to the damaged covered property.

**10. Glass or Safety Glazing Material.**

    **a.** We cover:

       **(1)** The breakage of glass or safety glazing material which is part of a covered building, storm door or storm window; and

       **(2)** The direct physical loss to covered property caused solely by the pieces, fragments or splinters of broken glass or safety glazing material which is part of a building, storm door or storm window.

    **b.** This coverage does not include loss:

© 2016 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Payment of the required premium when due for the successive policy term will be sufficient to indicate your acceptance of the adjusted increased limits.

We will also adjust the limits of liability at the time of a loss by the same percentage pro-rated from the effective date of the policy period or the effective date of change if you have requested a change to the limit of liability for Property Coverage A during the policy period.

**16. Limited "Fungi" or Other Microbes Remediation.**

a. If a loss covered under the Property Coverage Section results in "fungi" or other microbes, we will pay up to the limit shown in the Declarations for this Property - Additional Coverage for:

(1) Remediation of the "fungi" or other microbes. This includes payment for the reasonable and necessary cost to:

(a) Remove the "fungi" or other microbes from covered property or to repair, restore or replace that property; and

(b) Tear out and replace any part of the building as needed to gain access to the "fungi" or other microbes;

(2) Any reasonable and necessary:

(a) Increase in living expense you incur; or

(b) Loss of fair rental value;

as covered under Property Coverage D – Loss of Use, if the "fungi" or other microbes makes the "residence premises" not fit to live in; and

(3) Any reasonable and necessary testing or monitoring of air or property to confirm the absence, presence or level of the "fungi" or other microbes, whether performed prior to, during or after removal, repair, restoration or replacement.

b. We will pay under this Property - Additional Coverage only if:

(1) The covered loss occurs during the policy period;

(2) All reasonable means were used to save and preserve the property at the time of and after the covered loss; and

(3) We receive prompt notice of the covered cause of loss that is alleged to have resulted in "fungi" or other microbes.

c. The most we will pay under this Property - Additional Coverage is the limit of liability shown in the Declarations for Limited "Fungi" or Other Microbes Remediation. This is the most we will pay for the total of all loss or costs during the policy period regardless of the:

(1) Number of locations or items of property insured under this policy; or

(2) Number of losses or claims made.

Any amount payable under Property Coverage D as described in **16.a.(2)** of this Property – Additional Coverage is included within the limit of liability shown in the Declarations for Limited "Fungi" or Other Microbes Remediation.

d. If there is covered loss or damage to covered property, not caused, in whole or in part, by "fungi" or other microbes, loss payment will not be limited by the terms of this Property – Additional Coverage, except to the extent that "fungi" or other microbes cause an increase in the loss. Any such increase in the loss will be subject to the terms of this Property – Additional Coverage.

e. This coverage does not increase the limit of liability that applies to:

(1) The damaged property; or

(2) Property Coverage D – Loss of Use.

All other provisions of this policy apply to Property – Additional Coverages.

## PROPERTY – EXCLUSIONS

A. We do not insure for any direct or indirect loss or damage caused by, resulting from, contributing to or aggravated by any of the following. Such loss is excluded regardless of any other cause or event contributing concurrently or in any sequence to the loss.

These exclusions apply whether or not the loss event:

(1) Results in widespread damage;

(2) Affects a substantial area; or

(3) Occurs gradually or suddenly.

© 2016 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

5. **Neglect,** meaning neglect of an "insured" to use all reasonable means to save and preserve property at and after the time of a loss.

6. **War.** War includes the following and any consequence of any of the following:

   a. Declared or undeclared war, civil war, insurrection, rebellion or revolution;

   b. Warlike act by a military force or military personnel; or

   c. Destruction, seizure or use for a military purpose.

   Discharge of a nuclear weapon, even if the discharge is accidental, will be deemed a warlike act.

7. **Nuclear Hazard,** meaning any nuclear reaction, radiation or radioactive contamination, all whether controlled or uncontrolled or however caused, or any consequence of any of these.

   Loss caused by nuclear reaction, radiation or radioactive contamination is not considered loss caused by fire, explosion or smoke.

   We do cover loss caused directly by fire resulting from any nuclear hazard.

8. **Illegal Activities or Operations,** meaning:

   a. Illegal growing of plants or the illegal raising or keeping of animals; or

   b. Illegal manufacture, production, operation or processing of chemical, biological, animal or plant materials or any other natural or synthetic substance.

   This exclusion applies whether or not the illegal activities or operations described above were known to or within the control of an "insured".

   We do cover loss caused directly by fire or explosion resulting from any illegal activities or operations described in **8.a.** and **b.**

9. **Intentional Loss,** meaning any loss arising out of any act an "insured" commits or conspires to commit with the intent to cause a loss.

   In the event of such loss, no "insured" is entitled to coverage, even "insureds" who did not commit or conspire to commit the act causing the loss.

10. **Governmental Action,** meaning the destruction, confiscation or seizure of property described in Property Coverages A, B or C by order of any governmental or public authority.

    This exclusion does not apply to such acts ordered by any governmental or public authority that are taken at the time of a fire to prevent its spread, if the loss caused by fire would be covered under this policy.

11. **"Fungi" or Other Microbes,** meaning any loss or cost resulting from, arising out of, caused by, consisting of or related to "fungi", other microbes or rot. This exclusion does not apply to:

    a. "Fungi" or other microbes remediation coverage that may be afforded under Property - Additional Coverage **16.** Limited "Fungi" or Other Microbes Remediation; or

    b. "Fungi" or other microbes that results from fire or lightning.

12. **Seepage or Leakage,** meaning constant or repeated seepage or leakage of water or steam, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of weeks, months or years.

    This exclusion applies regardless of the source from which the water, steam or condensation seeped or leaked.

B. We do not insure for loss to property described in Property Coverages A and B caused by any of the following. However, any ensuing loss to property described in Property Coverages A and B not excluded by any other provision in this policy is covered.

   1. Weather conditions. This exclusion applies only if weather conditions contribute in any way with a cause or event excluded in Property - Exclusion A. to produce the loss.

   2. Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

   3. Faulty, inadequate or defective:

      a. Planning, zoning, development, surveying or siting;

      b. Design, specifications, workmanship, repair, construction, renovation, remodeling, grading or compaction;

© 2016 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

TRAVELERS DOC MGMT Page 27 of 64

at actual cash value at the time of loss but not more than the amount required to repair or replace.

b. Buildings covered under Property Coverages A or B at replacement cost without deduction for depreciation, subject to the following:

(1) If, at the time of loss, the amount of insurance in this policy on the damaged building is 80% or more of the full replacement cost of the building immediately before the loss, we will pay the replacement cost, without deduction for depreciation, but not more than the least of the following amounts:

(a) The limit of liability under this policy that applies to the building;

(b) The replacement cost of that part of the building damaged with materials of like kind and quality and for like use; or

(c) The necessary amount actually spent to repair or replace the damaged building.

If the building is rebuilt at a new premises, the cost described in 3.b.(1)(b) is limited to the cost which would have been incurred if the building had been built at the original premises.

(2) If, at the time of loss, the amount of insurance in this policy on the damaged building is less than 80% of the full replacement cost of the building immediately before the loss, we will pay the greater of the following amounts, but not more than the limit of liability under this policy that applies to the building:

(a) The actual cash value of that part of the building damaged; or

(b) That proportion of the replacement cost, without deduction for depreciation, for that part of the building damaged, which the total amount of insurance in this policy on the damaged building bears to 80% of the replacement cost of the building.

(3) To determine the amount of insurance required to equal 80% of the full replacement cost of the building immediately before the loss, we will not include the value of:

(a) Excavations, footings, foundations, piers or any other structures or devices that support all or part of the

building, which are below the undersurface of the lowest basement floor;

(b) Those supports described in (3)(a) which are below the surface of the ground inside the foundation walls, if there is no basement; and

(c) Underground flues, pipes, wiring and drains.

(4) We will pay no more than the actual cash value of the damage until actual repair or replacement is complete. Once actual repair or replacement is complete, we will settle the loss as noted in Property Condition 3. Loss Settlement b.(1) and b.(2).

If the replacement cost is less than $2,500, we will settle the loss as noted in Property – Condition 3. Loss Settlement b.(1) and b.(2) whether or not actual repair or replacement is complete.

(5) You may disregard Property - Condition 3. Loss Settlement b. and make claim under this policy for loss to buildings on an actual cash value basis. You may then make claim for any additional liability according to the provisions of this Property - Condition 3. Loss Settlement, provided you notify us, within 180 days after the date of loss, of your intent to repair or replace the damaged building.

c. The amount we will pay to settle a covered loss does not include:

(1) Compensation for stigma damage or any actual or perceived reduction or diminution in value of such property that may remain after repair or replacement; or

(2) The cost to replace undamaged roofing materials due to any mismatch between the existing undamaged roof on a building and new materials used to repair or replace the damaged roof on a building because of:

(a) Wear and tear, marring, scratching or deterioration;

(b) Fading, weathering, oxidizing or color;

(c) Texture or dimensional differences; or

(d) Obsolescence or discontinuation.

(3) The cost to replace undamaged siding materials due to any mismatch between the existing undamaged siding on a

© 2016 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

TRAVELERS DOC MGMT Page 29 of 64

(3) Submits a signed, sworn statement of loss within 60 days after receiving notice from us of your failure to do so. Property Conditions relating to Appraisal, Suit Against Us and Loss Payment apply to the mortgagee.

c. If we decide to cancel or not to renew this policy, the mortgagee will be notified at least 10 days before the date cancellation or nonrenewal takes effect.

d. If we pay the mortgagee for any loss and deny payment to you:

(1) We are subrogated to all the rights of the mortgagee granted under the mortgage on the property; or

(2) At our option, we may pay to the mortgagee the whole principal on the mortgage plus any accrued interest. In this event, we will receive a full assignment and transfer of the mortgage and all securities held as collateral to the mortgage debt.

e. Subrogation will not impair the right of the mortgagee to recover the full amount of the mortgagee's claim.

13. **No Benefit to Bailee.** We will not recognize any assignment or grant any coverage that benefits a person or organization holding, storing or moving property for a fee regardless of any other provision of this policy.

14. **Recovered Property.** If you or we recover any property for which we have made payment under this policy, you or we will notify the other of the recovery. At your option, the property will be returned to or retained by you or it will become our property. If the recovered property is returned to or retained by you, the loss payment will be adjusted based on the amount you received for the recovered property.

15. **Salvage.** We have the option to take the salvage or remnant part of any covered property for which we have made a loss payment for the actual cash value or the replacement cost of the damaged covered property. At our option, we may allow you to retain damaged property and will adjust any loss payment by the agreed or appraised value of the salvage or remnant portion of the damaged property.

16. **Policy Period.** This policy applies only to loss which occurs during the policy period.

17. **Concealment or Fraud.** We provide coverage to no "insureds" under this policy if, whether before or after a loss, an "insured" has:

a. Intentionally concealed or misrepresented any material fact or circumstance;

b. Engaged in fraudulent conduct; or

c. Made false statements;

relating to this insurance.

18. **Premises Alarm, Security or Fire Protection System.** When Protective Devices Credit is shown in the Declarations, you agree to maintain any alarm, security or automatic protection systems, including fire and sprinkler system(s), in working order. You also agree to advise us promptly of any change, including removal, made to any of these system(s).

© 2016 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

## LIABILITY COVERAGE SECTION

### LIABILITY COVERAGE E - PERSONAL LIABILITY

If a claim is made or a suit is brought against an "insured" for damages because of "bodily injury" or "property damage" caused by an "occurrence" to which this coverage applies, we will:

1. Pay up to our limit of liability for the damages for which an "insured" is legally liable. Damages include prejudgment interest awarded against an "insured"; and

2. Provide a defense at our expense by counsel of our choice, even if the suit is groundless, false or fraudulent. We may investigate and settle any claim or suit that we decide is appropriate. Our duty to settle or defend ends when our limit of liability for the "occurrence" is exhausted by the payment of a judgment or settlement.

### LIABILITY COVERAGE F - MEDICAL PAYMENTS TO OTHERS

We will pay the necessary medical expenses that are incurred or medically ascertained within three years from the date of an accident causing "bodily injury". Medical expenses means reasonable charges for medical, surgical, x-ray, optical, dental, ambulance, hospital, professional nursing, prosthetic devices, chiropractic, rehabilitative, extended care and funeral services. This coverage does not apply to you or regular residents of your household except "residence employees". As to others, this coverage applies only:

1. To a person on an "insured location" with the permission of an "insured"; or

2. To a person off an "insured location", if the "bodily injury":

   a. Arises out of a condition on an "insured location" or the ways immediately adjoining;

   b. Is caused by the activities of an "insured";

   c. Is caused by a "residence employee" in the course of the "residence employee's" employment by an "insured"; or

   d. Is caused by an animal owned by or in the care of an "insured".

### LIABILITY – ADDITIONAL COVERAGES

Unless otherwise stated, we cover the following in addition to the Liability Coverage E and Liability Coverage F limits of liability:

1. **Claim Expenses.** We pay:

   a. Expenses we incur and costs taxed against an "insured" in any suit we defend;

   b. Premiums on bonds required in a suit we defend, but not for bond amounts more than the Coverage E limit of liability. We need not apply for or furnish any bond;

   c. Reasonable expenses incurred by an "insured" at our request, including actual loss of earnings (but not loss of other income) up to $250 per day, for assisting us in the investigation or defense of a claim or suit; and

   d. Interest on the entire judgment which accrues after entry of the judgment and before we pay or tender, or deposit in court that part of the judgment which does not exceed the limit of liability that applies.

2. **First Aid Expenses.** We will pay expenses for first aid to others incurred by an "insured" for "bodily injury" covered under this policy. We will not pay for first aid to an "insured".

3. **Damage to Property of Others.** We will pay replacement cost per "occurrence" for "property damage" to property of others caused by an "insured", up to the limit shown in the Declarations for this Liability – Additional Coverage.

   We will not pay for "property damage":

   a. To the extent of any amount recoverable under the Property Coverage Section of this policy;

   b. Caused intentionally by an "insured" who is 13 years of age or older;

   c. To property owned by an "insured";

   d. To property owned by or rented to a roomer, boarder, tenant or other occupant who provides compensation to an "insured" for

© 2016 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

## LIABILITY - EXCLUSIONS

**A. Liability Coverage E – Personal Liability and Coverage F – Medical Payments to Others.**

Liability Coverages E and F do not apply to the following:

1. "Aircraft Liability".

   This exclusion does not apply to "bodily injury" to a "residence employee" arising out of and in the course of the "residence employee's" employment by an "insured".

2. "Bodily injury" or "property damage" arising out of or in connection with a "business" conducted from an "insured location" or engaged in by an "insured", whether or not the "business" is owned or operated by an "insured" or employs an "insured".

   Exclusion A.2. applies to an act or omission, regardless of its nature or circumstance, involving a service or duty rendered, promised, owed or implied to be provided because of the nature of the "business".

   Exclusion A.2. does not apply to:

   a. The rental or holding for rental of an "insured location":

      (1) Used, in whole or in part, as a temporary place to stay for a total of 30 days or less during the 12 consecutive months prior to an "occurrence";

      (2) In part for use only as a residence, unless a single family unit is intended for use by the occupying family to lodge more than two roomers, boarders or tenants;

      (3) In part, as an office, studio or private garage;

      (4) If the "insured location" is shown in the Declarations as an Additional Residence Rented to Others; or

      (5) If the "insured location" is shown in the Declarations as Structures Rented to Others;

   b. The rental or holding for rental of the "residence premises" on a regular basis if Unit Owners Rental is shown in the Declarations;

   c. An "insured" under the age of 18 years involved in a part-time or occasional, self-employed "business" with no employees; or

   d. One or more activities, for which no "insured" receives more than $5,000 in total

compensation during the 12 consecutive months prior to an "occurrence".

3. "Bodily injury" or "property damage" arising out of the actual, alleged or threatened transmission of a communicable disease or illness by an "insured". This exclusion applies whether the transmission was voluntary or involuntary or whether an "insured" knew or should have known that the infected person was infected with the disease or illness.

4. "Bodily injury" or "property damage" caused by an animal owned by or in the care, custody or control of an "insured" or a guest of an "insured" or, in the care, custody or control of a roomer, boarder, tenant, resident, "residence employee" or guest of such roomer, boarder, tenant or other occupant of the "residence premises" that is:

   a. Wild by birth or by nature or a species not customarily domesticated;

   b. Illegal to acquire, own or keep;

   c. A bird of prey;

   d. Venomous or poisonous; or

   e. A non-human primate.

5. "Bodily injury" or "property damage" which is expected or intended by an "insured" even if the resulting "bodily injury" or "property damage" is:

   a. Of a different kind, quality or degree than initially expected or intended; or

   b. Sustained by a different person, entity, real or personal property, than initially expected or intended.

   This exclusion does not apply to "bodily injury" or "property damage" resulting from the use of reasonable force by an "insured" to protect persons or property.

6. "Bodily injury" or "property damage" arising out of the escape or release of fuel from a "fuel system". This exclusion applies to any:

   a. Supervision, instructions, recommendations, warnings or advice given in connection with the above;

   b. Obligation to share damages, losses, costs, payments or expenses with or repay someone else who must make payment because of such "bodily injury" or "property damage", damages, loss, cost, payment or expense; or

© 2016 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**b.** Obligation to share damages, losses, costs, payments or expenses with or repay someone else who must make payment because of such "bodily injury" or "property damage", damages, loss, cost, payment or expense;

**c.** Request, order or requirement to test for, monitor, abate, mitigate, remediate, contain, remove, dispose of, or in any way respond to or assess the effects of lead, lead pigment, lead compounds or materials or substances containing lead in any form; or

**d.** Loss, cost, payment or expense related to any claim, suit, order, defense, demand or investigation of any kind incurred in connection with the above.

**13.** "Bodily injury" or "property damage" arising out of a premises:

**a.** Owned by an "insured";

**b.** Rented to an "insured"; or

**c.** Rented to others by an "insured";

that is not an "insured location".

This exclusion does not apply to "bodily injury" to a "residence employee" arising out of and in the course of the "residence employee's" employment by an "insured".

**14.** "Bodily injury" or "property damage" arising out of "motor vehicle liability" if, at the time and place of an "occurrence", the involved "motor vehicle" is:

**a.** Registered for use on public roads or property;

**b.** Not registered for use on public roads or property, but such registration is required by a law, or regulation issued by a government agency, for it to be lawfully used at the place of the "occurrence"; or

**c.** Being:

**(1)** Operated in, or practicing for, any prearranged or organized race, speed contest or other competition;

**(2)** Rented to others;

**(3)** Used by a roomer, boarder, tenant or other occupant who provide compensation to an "insured" for use of all or part of the "residence premises" including guests of any such roomers, boarders, tenants or other occupants;

**(4)** Used, or during the period of time it is available for hire, as a public or livery conveyance whether or not there is:

**(a)** A passenger in, upon, or getting in, on, out or off the vehicle; or

**(b)** Property being transported for a fee in or upon the vehicle; or

**(5)** Used for any other "business" purpose except for a motorized golf cart used for incidental "business" entertainment while on a golfing facility.

If "motor vehicle liability" is not excluded under Liability - Exclusion **14.a.-c.** Liability Coverages E and F still do not apply to "motor vehicle liability" unless at the time of an "occurrence", the involved "motor vehicle" is:

**a.** In dead storage on an "insured location";

**b.** Used solely to service an "insured's" residence;

**c.** Designed to assist the handicapped and, at the time of an "occurrence", it is:

**(1)** Being used to assist a handicapped person; or

**(2)** Parked on an "insured location";

**d.** Designed for recreational use off public roads and:

**(1)** Not owned by an "insured"; or

**(2)** Owned by an "insured" provided the "occurrence" takes place:

**(a)** On an "insured location"; or

**(b)** Off all "insured locations" and the "motor vehicle" is:

**(i)** Designed as a toy vehicle to be ridden in or upon by children under 7 years of age;

**(ii)** Powered by one or more batteries; or

**(iii)** Not built or modified after manufacture to exceed a speed of 5 miles per hour on level ground; or

**e.** A motorized golf cart that is owned by an "insured", designed to carry up to 4 persons, not built or modified after manufacture to exceed a speed of 25 miles per hour on level ground and, at the time of an "occurrence", is within the legal boundaries of:

**(1)** A golfing facility and is parked or stored there, or being used by an "insured" to:

**(a)** Play the game of golf or for other recreational or leisure activity allowed by the facility;

© 2016 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Horsepower means the maximum power rating assigned to the engine or motor by the manufacturer.

This exclusion does not apply to "bodily injury" to a "residence employee" arising out of and in the course of the "residence employee's" employment by an "insured".

### B. Liability Coverage E - Personal Liability.

Liability Coverage E does not apply to the following:

1. Liability:

   a. For any loss assessment charged against you as a member of an association, corporation or community of property owners, except as provided in Liability - Additional Coverage 4. Loss Assessment;

   b. Under any contract or agreement entered into by an "insured". This exclusion does not apply to written contracts:

      (1) That directly relate to the ownership, maintenance or use of an "insured location"; or

      (2) In which the liability of others is assumed by the "insured" prior to an "occurrence";

      unless excluded in 1.a. or elsewhere in this policy;

2. "Property damage" to property owned by an "insured". This includes costs or expenses incurred by an "insured" or others to repair, replace, enhance, restore or maintain such property to prevent injury to a person or damage to property of others, whether on or away from an "insured location";

3. "Property damage" to property rented to, occupied or used by or in the care of an "insured". This exclusion does not apply to "property damage" caused by fire, smoke, water or explosion;

4. "Bodily injury" to any person eligible to receive any benefits voluntarily provided or required to be provided by an "insured" under any:

   a. Workers' compensation law;

   b. Non-occupational disability law; or

   c. Occupational disease law;

5. "Bodily injury" or "property damage" for which an "insured" under this policy:

   a. Is also an insured under a nuclear energy liability policy issued by the:

      (1) Nuclear Energy Liability Insurance Association;

      (2) Mutual Atomic Energy Liability Underwriters;

      (3) Nuclear Insurance Association of Canada;

      or any of their successors; or

   b. Would be an insured under that policy but for the exhaustion of its limit of liability;

6. "Bodily injury" to you or an "insured" as defined in Definition 9.a. or b.

   This exclusion also applies to any claim made or suit brought against you or an "insured" to:

   a. Repay; or

   b. Share damages with;

   another person who may be obligated to pay damages because of "bodily injury" to an "insured"; or

7. "Bodily injury" to an "employee", "residence employee" or a temporary employee furnished to the "insured" to substitute for a permanent "residence employee" arising out of or in the course of the employee's employment by any Additional Insured named in the Declarations.

### C. Liability Coverage F - Medical Payments to Others.

Liability Coverage F does not apply to "bodily injury":

1. To a "residence employee" if the "bodily injury":

   a. Occurs off an "insured location"; and

   b. Does not arise out of or in the course of the "residence employee's" employment by an "insured";

2. To any person eligible to receive benefits voluntarily provided or required to be provided under any:

   a. Workers' compensation law;

   b. Non-occupational disability law; or

   c. Occupational disease law;

3. From any:

   a. Nuclear reaction;

   b. Nuclear radiation; or

   c. Radioactive contamination;

   all whether controlled or uncontrolled or however caused; or

   d. Any consequence of any of these; or

4. To any person, other than a "residence employee" of an "insured", residing on any part of an "insured location".

© 2016 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

insurance written specifically to cover as excess over the limits of liability that apply in this policy.

9. **Policy Period.** This policy applies only to "bodily injury" or "property damage" which occurs during the policy period.

10. **Concealment or Fraud.** We do not provide coverage to an "insured" who, whether before or after a loss, has:

a. Intentionally concealed or misrepresented any material fact or circumstance;

b. Engaged in fraudulent conduct; or

c. Made false statements;

relating to this insurance.

© 2016 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

## SIGNATURE PAGE

This policy is signed for the member company of Travelers which is the insurer under this policy.

Wendy C. Skjerven
Corporate Secretary

Michael Klein
President
Personal Insurance

© 2016 The Travelers Indemnity Company. All rights reserved.

## PERSONAL INJURY COVERAGE

### This Endorsement Changes The Policy. Please Read It Carefully.

**DEFINITIONS**

For purposes of this Personal Injury Coverage only, the following definition is added:

"Personal injury" means injury arising out of one or more of the following offenses, but only if the offense was committed during the policy period:

a. False arrest, detention or imprisonment;

b. Malicious prosecution;

c. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

d. Oral, written, electronic, digital or other means of communication or publication of material that:

(1) Slanders or libels a person or organization;

(2) Disparages a person's or organization's goods, products or services; or

(3) Violates a person's right of privacy.

**LIABILITY COVERAGE SECTION**

**LIABILITY COVERAGE E – PERSONAL LIABILITY**
(In form HQ-L77)

**LIABILITY COVERAGE E – PREMISES LIABILITY**
(In form HQ-L88)

The following is added under Liability Coverage E:

**Personal Injury Coverage.**

If a claim is made or suit is brought against an "insured" for damages resulting from an offense, defined under "personal injury", to which this coverage applies, we will:

1. Pay up to our limit of liability for the damages for which an "insured" is legally liable. Damages include prejudgment interest awarded against an "insured"; and

2. Provide a defense at our expense by counsel of our choice, even if the suit is groundless, false or fraudulent. We may investigate and settle any claim or suit that we decide is appropriate. Our duty to settle or defend ends when our limit of liability for the offense is exhausted by payment of a judgment or settlement.

**LIABILITY – ADDITIONAL COVERAGES**

For purposes of this Personal Injury Coverage only, the following replaces 4. Loss Assessment in form HQ-L77 and 3. Loss Assessment in form HQ-L88:

Loss Assessment. We will pay up to the limit shown in the Declarations for Loss Assessment Coverage for your share of any loss assessment charged against you, as an owner or tenant of the "residence premises", during the policy period by a corporation or association of property owners, when the assessment is made as a result of covered "personal injury".

Regardless of the number of assessments, the limit shown in the Declarations for Loss Assessment Coverage is the most we will pay for loss arising out of "personal injury".

We do not cover assessments charged against you or a corporation or association of property owners by any governmental body.

**LIABILITY – EXCLUSIONS**

For purposes of this Personal Injury Coverage only, the following replaces Liability – Exclusions A., B. and C.:

Personal Injury Coverage does not apply to:

1. "Personal injury":

a. Caused by or at the direction of an "insured" with the knowledge that the act would violate the rights of another and would inflict "personal injury";

b. Arising out of oral, written, electronic, digital or other means of communication or publication of material:

(1) If done by or at the direction of an "insured" with knowledge of its falsity; or

(2) Whose first publication took place before the beginning of the policy period;

c. Arising out of a criminal act committed by or at the direction of an "insured";

d. Arising out of the use or operation of any "aircraft";

e. Arising out of liability assumed by an "insured" under any contract or agreement except any indemnity obligation assumed by an "insured" under a written contract directly relating to the ownership, maintenance or use of the premises;

© 2019 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

TRAVELERS DOC MGMT Page 45 of 64

c. Promptly forward to us every notice, demand, summons or other process relating to the offense;

d. At our request, help us:

   (1) To make settlement;

   (2) To enforce any right of contribution or indemnity against any person or organization who may be liable to an "insured";

   (3) With the conduct of suits and attend hearings and trials; and

   (4) To secure and give evidence and obtain the attendance of witnesses;

e. No "insured" will, except at such "insured's" own cost, voluntarily make payment, assume obligation or incur expense other than for first aid to others at the time of the "personal injury".

For purposes of this Personal Injury Coverage only, **9.** Policy Period does not apply.

All other provisions of this policy apply.

© 2019 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

# WORKERS' COMPENSATION
# RESIDENCE EMPLOYEES

**This Endorsement Changes The Policy. Please Read It Carefully.**

We agree, with respect to "residence employees":

**UNDER COVERAGE I**

To pay when due all benefits required of an "insured" by the California Workers' Compensation Law; and

**UNDER COVERAGE II**

To pay on behalf of an "insured" all damages for which the "insured" is legally liable because of "bodily injury" sustained by a "residence employee". The "bodily injury" must be caused by accident or disease and arise out of and in the course of employment by the "insured" while:

A. In the United States of America, its territories or possessions, or Canada; or

B. Temporarily elsewhere if the "residence employee" is a citizen or resident of the United States or Canada.

Section II does not apply to any suit brought in or judgment rendered by any court outside the United States of America, its territories and possessions, or Canada, or to any action on such judgment.

## WHO IS COVERED

A "residence employee" is covered if during the 90 calendar days immediately before the date of injury the employee has:

A. Actually been engaged in such employment by the "insured" for no less than 52 hours; and

B. Earned no less than one hundred dollars ($100) in wages.

## APPLICATION OF COVERAGE

This insurance applies only to "bodily injury" which occurs during the policy period. If the "bodily injury" is a disease, it must be caused or aggravated by the conditions of the covered "residence employee's" employment by the "insured."

## POLICY PROVISIONS

This insurance is subject to all the provisions of this endorsement and the following provisions of this policy:

A. Under Policy Conditions:

    2. Waiver or Change of Policy Provisions.

    4. Cancellation.

    6. Assignment.

    7. Subrogation.

B. Under Liability Conditions:

    3. Duties After "Occurrence".

    6. Suit Against Us.

C. Our agreement to defend the "insured" as provided under Liability Coverage E – Personal Liability.

D. Under Liability – Additional Coverages:

    1. Claim Expenses.

    2. First Aid Expenses.

E. The definition of "bodily injury," "business," "insured" and "residence employee."

## ADDITIONAL PROVISIONS APPLICABLE TO COVERAGE I

The following provisions are applicable to Coverage I:

A. We shall be directly and primarily liable to any "residence employee" of an "insured" entitled to the benefits of the California Workers' Compensation Law.

B. As between the "residence employee" and us, notice to or knowledge of the "occurrence" of the injury on the part of an "insured" will be deemed notice or knowledge on our part.

C. The jurisdiction of an "insured" will, for the purpose of the law imposing liability for compensation, be our jurisdiction.

D. We will be subject to the orders, findings, decisions or awards rendered against an "insured", under the provisions of the law imposing liability for compensation, subject to the provisions, conditions and limitations of this policy. This policy shall govern as between an "insured" and us as to payments by either in discharge or an "insured's" liability for compensation.

E. The "residence employee" has a first lien upon any amount which we owe you on account of this insurance. In case of your legal incapacity or inability to receive the money and pay it to the "residence employee", we will pay it directly to the "residence employee". Your obligation to the "residence employee" will be discharged to the extent of such payment.

© 2019 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

HQ-208 CW (08-20)

## WATER BACK UP AND SUMP DISCHARGE OR OVERFLOW COVERAGE

**This Endorsement Changes The Policy. Please Read It Carefully.**

### PROPERTY COVERAGE SECTION
### PROPERTY – PERILS INSURED AGAINST

For purposes of the Water Back Up and Sump Discharge or Overflow Additional Coverage only, Perils Insured Against provision:

1. Property Coverage A – Dwelling and Property Coverage B – Other Structures, paragraph **2.c.(6)(b)** in form **HQ-P03**;

2. Property Coverage A – Dwelling, paragraph **2.c.(6)(b)** in form **HQ-P06**;

3. Property Coverages A, B (if applicable) and C, paragraph **1.c.(6)(b)** in Special Personal Property Coverage form **HQ-015**; and

4. Property Coverages A and B (if applicable), paragraph **2.c.(6)(b)** in Special Coverage form **HQ-003**;

   is replaced by the following:

   Latent defect, inherent vice or any quality in property that causes it to damage or destroy itself;

### PROPERTY – ADDITIONAL COVERAGES

The following additional coverage is added under Property – Additional Coverages:

**Water Back Up and Sump Discharge or Overflow Coverage.** We will pay up to the limit of liability shown in the Declarations under this Water Back Up and Sump Discharge or Overflow Coverage, for direct physical loss, not caused by the negligence of an "insured", to property covered under the Property Coverage Section of this policy, caused by water or water borne material, that:

a. Enters through or backs up from a sewer or drain located within the dwelling or other building structures on the "residence premises"; or

b. Discharges or overflows from a:

   (1) Sump or sump pump;

   (2) Related equipment; or

   (3) Any other system designed to remove subsurface water which is drained from the foundation area;

located within the dwelling or other building structures on the "residence premises" even if such discharge or overflow results from mechanical breakdown.

This additional coverage does not apply to:

a. Direct physical loss of the sump, sump pump, related equipment or any other system designed to remove subsurface water which is caused by mechanical breakdown; or

b. Loss caused as a direct or indirect result of flood, surface water, storm surge, waves, wave wash, tidal water, tsunami, seiche, overflow of a body of water or spray from any of these, whether a result of precipitation or driven by wind.

This coverage does not increase the limits of liability for any property covered under the Property Coverage Section of this policy.

### PROPERTY – EXCLUSIONS

For purposes of this Water Back Up and Sump Discharge or Overflow Additional Coverage only, the following is added under **3. Water,** paragraph **b.** (this is Property – Exclusion A.3. in forms **HQ-P03** and **HQ-P06**):

3. **Water,** meaning any:

   b. This paragraph **b.** does not apply to the extent that coverage is provided under the Water Back Up and Sump Discharge or Overflow Additional Coverage.

For purposes of this Water Back Up and Sump Discharge or Overflow Additional Coverage only, the following is added under **4. Power Failure** (this is Property – Exclusion **A.4.** in forms **HQ-P03** and **HQ-P06**):

4. **Power Failure.**

   This exclusion does not apply to the extent that coverage is provided under the Water Back Up and Sump Discharge or Overflow Additional Coverage.

All other provisions of this policy apply.

© 2020 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

## PERSONAL PROPERTY REPLACEMENT COST LOSS SETTLEMENT

**This Endorsement Changes The Policy. Please Read It Carefully.**

**PROPERTY COVERAGE SECTION**

**PROPERTY – CONDITIONS**

For purposes of this Personal Property Replacement Cost Loss Settlement only, the following replaces 3. Loss Settlement paragraph a.:

**3. Loss Settlement.**

**Eligible Property.** Covered losses to the following property are settled at replacement cost at the time of the loss:

a. Property described in Property Coverage C – Personal Property;

b. Awnings, carpeting, household appliances, outdoor antennas and outdoor equipment, whether or not attached to buildings, if covered in this policy; and

c. Property of the following types:

(1) Jewelry;

(2) Furs and garments:

(a) Trimmed with fur; or

(b) Consisting principally of fur;

(3) Silverware, silver-plated ware, goldware, gold-plated ware, platinumware, platinum-plated ware and pewterware. This does not include:

(a) Pens or pencils;

(b) Flasks;

(c) Smoking implements or accessories; or

(d) Jewelry;

(4) Cameras, projection machines and related articles of equipment;

(5) Musical instruments and related equipment; and

(6) Golfer's equipment, including golf clubs, golf clothing and related equipment;

if separately described and specifically insured in this policy and not subject to agreed value loss settlement.

Personal Property Replacement Cost Loss Settlement will not apply to other classes of property separately described and specifically insured.

**Ineligible Property.** Property listed below is not eligible for replacement cost loss settlement. Any loss will be settled at actual cash value at the time of loss but not more than the amount required to repair or replace:

a. Antiques and similar articles of rarity or antiquity which cannot be replaced;

b. Fine arts, including paintings, etchings, drawings, lithographs, photographs, sculptures and other bona fide works of art of rarity, historical value or artistic merit;

c. Memorabilia, souvenirs and similar articles whose age or history contribute to their value;

d. Collectibles, including figurines, glassware, marble, porcelains, statuary and similar articles;

e. Articles not maintained in good or workable condition; and

f. Articles that are outdated or obsolete and are stored or not being used.

**Replacement Cost Loss Settlement Condition.** The following loss settlement condition applies to all property described under Eligible Property:

a. We will pay no more than the least of the following amounts:

(1) Replacement cost at the time of loss;

(2) The full cost of repair at the time of loss;

(3) The limit of liability that applies to Property Coverage C – Personal Property, if applicable;

(4) Any applicable Special Limits of Liability stated in this policy; or

(5) For loss to any item described under Eligible Property c.(1) through c.(6), the limit of liability that applies to the item.

b. If the replacement cost for the property described under Eligible Property is more than $2,500, we will pay no more than the actual cash value for the loss until the actual repair or replacement is complete.

c. We must be notified within:

(1) 36 months after our payment for actual cash value if the loss or damage relates to a state of emergency as defined in Section 8558 of the Government Code of the State of California; or

(2) 12 months after our payment for actual cash value in all other cases;

that you intend to repair or replace the damaged property.

All other provisions of this policy apply.

© 2020 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

## SPECIAL PROVISIONS – CALIFORNIA

**This Endorsement Changes The Policy. Please Read It Carefully.**

### NOTICE

Throughout this policy, the term spouse includes an individual registered under California law as a domestic partner with the named "insured" shown in the Declarations.

### DEFINITIONS

The following is added under any provision which uses the term actual cash value:

Actual cash value for a total or partial loss to a building or structure covered under Property Coverages A or B (if applicable), or a total or partial loss to contents covered under Property Coverage C, is calculated as the lesser of the policy limit or the amount it would cost to repair or replace covered property, at the time of loss, with material of like kind and quality, subject to a deduction for physical depreciation.

The actual cash value of the lost or damaged property may be significantly less than its replacement cost.

### POLICY CONDITIONS

4. **Cancellation** is replaced by the following:

4. **Cancellation.** This policy may be cancelled during the policy period as follows:

   a. A named "insured" shown in the Declarations may cancel this policy by:

      (1) Returning this policy to us; or

      (2) Giving us advance notice of the date cancellation is to take effect.

      We may accept another form of notice from a named "insured". The cancellation by a named "insured" will be binding on any other named "insured".

   b. We may cancel this policy only for the reasons stated below by letting you know in writing of the date cancellation takes effect. This cancellation notice may be delivered to you, electronically transmitted to you, if permissible by law, or mailed to you at your mailing address shown in the Declarations. Proof of mailing or electronic transmission will be sufficient proof of notice. We will also deliver or mail a copy of the notice to any Additional Insured named in the Declarations.

(1) When you have not paid the premium, we may cancel at any time by letting you know at least 10 days before the date cancellation takes effect;

(2) When this policy has been in effect for less than 60 days and is not a renewal with us, we may cancel for any reason, except as provided below, by letting you know at least 20 days before the date cancellation takes effect.

   We may not cancel this policy solely because:

   (a) You accepted an offer of earthquake coverage;

   (b) Corrosive soil conditions exist on the "residence premises". This paragraph **4.b.(2)(b)** applies only if this policy includes one or more of the following, which exclude loss caused by corrosive soil conditions:

      (i) Homeowners Special Policy;

      (ii) Special Personal Property Coverage form **HQ-015**;

      (iii) Condominium Unit Owners Policy; or

      (iv) Special Coverage form **HQ-003**; or

   (c) You cancelled or did not renew an earthquake policy issued by the California Earthquake Authority (CEA) that included an earthquake policy premium surcharge.

      However, we may cancel this policy if you have accepted a new or renewal policy issued by the CEA that included an earthquake policy premium surcharge, but you failed to pay the earthquake policy premium surcharge authorized by the CEA.

      However, in the event of a total loss to the "residence premises", we will not cancel while any structure at that location is being rebuilt except for the reasons stated in paragraphs **b.(1)** and **b.(3)** of this Policy Condition 4. Cancellation.

(3) When this policy has been in effect for 60 days or more, or at any time if it is a renewal with us, we may cancel if there has been:

© 2020 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

renew this policy after you have accepted an offer of earthquake coverage if one or more of the following reasons apply:

(a) The nonrenewal is based on sound underwriting principles that relate to the coverages provided by this policy and that are consistent with the approved rating plan and related documents filed with the Department of Insurance as required by existing law;

(b) The Commissioner of Insurance finds that the exposure to potential losses will threaten our solvency or place us in a hazardous condition. A hazardous condition includes, but is not limited to, a condition in which we make claims payments for losses resulting from an earthquake that occurred within the preceding two years and that required a reduction in policyholder surplus of at least 25% for payment of those claims; or

(c) We have:

(i) Lost or experienced a substantial reduction in the availability or scope of reinsurance coverage; or

(ii) Experienced a substantial increase in the premium charged for reinsurance coverage of our residential property insurance policies; and

the Commissioner has approved a plan for the nonrenewals that is fair and equitable, and that is responsive to the changes in our reinsurance position.

(2) Solely because you cancelled or did not renew an earthquake policy, issued by the California Earthquake Authority, that included an earthquake policy premium surcharge;

(3) Solely because corrosive soil conditions exist on the "residence premises". This paragraph **5.b.(3)** applies only if this policy includes one or more of the following, which exclude loss caused by corrosive soil conditions:

(a) Homeowners Special Policy;

(b) Special Personal Property Coverage form **HQ-015**;

(c) Condominium Unit Owners Policy; or

(d) Special Coverage form **HQ-003**;

(4) Solely on the grounds that a claim is pending under the policy unless such claim is made under coverage for loss caused by an earthquake;

(5) Solely on the basis of an "insured's" age; or

(6) Solely because the insured structure is located in an area in which a wildfire has occurred. This paragraph **5.b.(6)** applies:

(a) If the insured structure is located in a zip code determined to be within or adjacent to the fire perimeter;

(b) Only for one year after a state of emergency declaration, as defined in Section 8558 of the Government Code of the State of California; and

(c) If this policy is in effect at the time of the state of emergency declaration.

However, paragraph **5.b.(6)** does not apply in any of the following circumstances:

(a) If willful or grossly negligent acts or omissions by the named insured, or his or her representative, are discovered that materially increase any of the risks insured against;

(b) If losses unrelated to the post disaster loss condition of the property have occurred that would collectively render the risk ineligible for renewal;

(c) If there are physical or risk changes to the insured property beyond the catastrophe-damaged condition of the structures and surface landscape that result in the property being uninsurable.

c. Unless paragraph **b.(1)** or **b.(3)** under **4. Cancellation** apply, in the event of a total loss to the "residence premises", we shall offer to renew this policy for at least the next two annual renewal periods, but no less than 24 months of coverage from the date of loss, if:

(1) The total loss of the primary insured structure was caused by a disaster as defined in subdivision (b) of Section 1689.14 of the Civil Code;

(2) The loss was not due to the "insured's" negligence; and

(3) Losses have not occurred subsequent to the disaster-related total loss that relate to physical or risk changes to the insured

© 2020 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**b.** "Fungi", other microbes or rot that results from fire or lightning.

**PROPERTY – CONDITIONS**

When this Special Provisions – California is used with forms **HQ-P02, HQ-P03** or **HQ-P53**, the last paragraph of **3.b.(1)** under **3. Loss Settlement** is replaced by the following:

**3. Loss Settlement.**

> If the building is rebuilt at a new premises or replaced with the purchase of an already built home at a new premises, the cost described in **3.b.(1)(b)** is limited to the cost which would have been incurred if the building had been built at the original premises.

When this Special Provisions – California is used with forms **HQ-P02, HQ-P03** or **HQ-P53**, paragraph **3.b.(5)** under **3. Loss Settlement** is replaced by the following:

> **(5)** We must be notified within:
>
> > **(a)** 36 months after our payment for actual cash value if the loss or damage relates to a state of emergency as defined in Section 8558 of the Government Code of the State of California; or
> >
> > **(b)** 12 months after our payment for actual cash value in all other cases;
>
> that you intend to repair or replace the damaged property.
>
> We shall provide to you one or more additional extensions of 6 months for good cause if, while acting in good faith and with reasonable diligence, you encounter a delay or delays in approval for, or reconstruction of, the residence that are beyond your control. Circumstances beyond your control may include the following:
>
> > **(a)** Unavoidable construction permit delays;
> >
> > **(b)** Lack of necessary construction materials; or
> >
> > **(c)** Lack of available contractors to perform the necessary work.

When this Special Provisions – California is used with forms **HQ-P02, HQ-P03** or **HQ-P53**, the following is added under **3. Loss Settlement** paragraph **b.**:

If:

> **(a)** A covered loss to your dwelling and other structures relates to a state of emergency as defined in Section 8558 of the Government Code of the State of California; and
>
> **(b)** The coverage available to rebuild or replace your dwelling is insufficient;

you may combine claim payments for the covered loss to your other structures with claim payments for the covered loss to your damaged dwelling, and, subject to the applicable limits, you may apply the combined payments to any covered expenses you have incurred that are reasonably necessary to rebuild or replace the damaged dwelling.

Any claim payments for loss to your other structures applied to loss to your damaged dwelling pursuant to this provision for which replacement cost coverage is applicable shall be for the full replacement cost of the loss without requiring actual replacement of the other structures. Any claim payments for other structures in excess of the amount applied to the necessary cost incurred to rebuild or replace the damaged dwelling will be paid in accordance with all other terms of the policy and will be the lower of:

> **(a)** The amount of loss; or
>
> **(b)** The limit of liability applicable to the other structures;

reduced by the amount of the other structures claim payment that was applied to the cost to rebuild or replace the damaged dwelling.

When this Special Provisions – California is used with forms **HQ-P02, HQ-P03** or **HQ-P53**, **3. Loss Settlement** paragraphs **c.(2)** and **c.(3)** are deleted.

**6. Loss Payment** is replaced by the following:

**6. Loss Payment.** We will adjust all losses with you. We will pay you unless some other person is named in the policy or is legally entitled to receive payment. Loss will be payable 30 days after we receive your proof of loss and:

**a.** Reach an agreement with you;

**b.** There is an entry of a final judgment; or

**c.** There is a filing of an appraisal award with us.

**7. Appraisal** is replaced by the following:

© 2020 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
TRAVELERS DOC MGMT Page 59 of 64

## ADDITIONAL REPLACEMENT COST PROTECTION COVERAGE

### This Endorsement Changes The Policy. Please Read It Carefully.

(Applies only when loss to the dwelling exceeds the Property Coverage A
Limit of Liability shown in the Declarations)

**PROPERTY COVERAGE SECTION**

**PROPERTY – CONDITIONS**

If Modified Functional Replacement Cost Loss Settlement form **HQ-826** is part of this policy, the defined term "functional replacement cost" replaces any reference to replacement cost in this Additional Replacement Cost Protection Coverage.

To the extent that coverage is provided, we agree to provide an additional amount of insurance under Property Coverage A only in accordance with the following provisions:

**A.** If you have:

1. Allowed us to adjust the Property Coverage A limit of liability and the premium in accordance with:

   **a.** The property evaluations we make; and

   **b.** Any increases in inflation; and

2. Notified us, within 30 days of completion, of any improvements, alterations or additions to the dwelling insured under Property Coverage A which increase the replacement cost of the dwelling by 5% or more;

the provisions of this Additional Replacement Cost Protection Coverage will apply after a loss, provided you repair or replace the damaged dwelling.

**B.** If there is a loss to the dwelling insured under Property Coverage A that exceeds the Property Coverage A limit of liability shown in the Declarations, for purposes of settling only that loss to the dwelling:

1. We will provide an additional amount of insurance up to the percentage of Property Coverage A shown in the Declarations; and

2. The following replaces **3.** Loss Settlement, paragraph **b.** However, if Roof Systems Payment Schedule Windstorm or Hail Losses form **HQ-646** is part of this policy, this change does not apply to loss or damage by the peril of windstorm or hail to which the Roof Systems Payment Schedule Windstorm or Hail Losses form **HQ-646** applies:

   **b.** The dwelling covered under Property Coverage A at replacement cost without

deduction for depreciation, subject to the following:

(1) We will pay the replacement cost without deduction for depreciation, but not more than the least of the following amounts:

   (a) The limit of liability under this policy that applies to the dwelling covered under Property Coverage A, plus any additional amount of insurance provided under **B.1.** of the Additional Replacement Cost Protection Coverage form **HQ-420**;

   (b) The replacement cost of that part of the dwelling damaged with materials of like kind and quality and for like use (or, if Modified Functional Replacement Cost Loss Settlement form **HQ-826** is part of this policy, functionally equivalent materials and methods as defined in that endorsement); or

   (c) The necessary amount actually spent to repair or replace the damaged dwelling.

   If the dwelling is rebuilt at a new premises or replaced with the purchase of an already built home at a new premises, the cost described in **b.(1)(b)** is limited to the cost which would have been incurred if the dwelling had been built at the original premises.

(2) We will pay no more than the actual cash value of the damage until actual repair or replacement is complete.

(3) We must be notified within:

   (a) 36 months after our payment for actual cash value if the loss or damage relates to a state of emergency as defined in Section 8558 of the Government Code of the State of California; or

   (b) 12 months after our payment for actual cash value in all other cases;

© 2019 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

## WILDFIRE DEFENSE SERVICES

**This Endorsement Changes The Policy. Please Read It Carefully.**

**IMPORTANT NOTICE:**

**THIS ENDORSEMENT DOES NOT APPLY AND IS DELETED FROM THE POLICY IF YOUR POLICY CONTAINS DIFFERENCE IN CONDITIONS FORM HQ-514.**

**PROPERTY COVERAGE SECTION**

**PROPERTY – CONDITIONS**

For purposes of this Wildfire Defense Services form only, the following is added under Property – Conditions:

**Wildfire Defense Services.** This endorsement provides authorization for a wildfire defense service provider, contracted by us, to perform wildfire damage mitigation, including structural protective services, at the "residence premises" as set forth below.

a. We will pay for a wildfire defense service provider to provide wildfire damage mitigation, including structural protective services, at the "residence premises" against the threat of wildfire if determined by the wildfire defense service provider to be an imminent threat of loss.

b. There are no guarantees that wildfire damage mitigation, including structural protective services:

(1) Will be provided; or

(2) Will prevent damage if services are provided.

These services are supplemental to all other public first responders and are not first responder services.

c. As determined by the wildfire defense service provider, wildfire damage mitigation, including structural protective services, may include services such as:

(1) Brush removal;

(2) Fuel source mitigation;

(3) Application of vent tape;

(4) Application of fire blocking gel and fire retardant; or

(5) Closing of structure openings.

d. We have the right to modify or discontinue wildfire defense services provided under this endorsement without notice to you.

e. If damage to covered structures on your "residence premises" results from wildfire damage mitigation, including structural protective services, we will pay the cost to repair your damaged structure. Any payment made for such damage will not increase the limit of liability that applies to the covered structure.

All other provisions of this policy apply.

© 2019 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF EL DORADO**

FILED

OCT 24 2024

EL DORADO CO. SUPERIOR COURT
BY _____
(DEPUTY CLERK)

1354 Johnson Blvd
South Lake Tahoe, CA 96150

| | |
|---|---|
| TITLE OF CASE: Jack Young vs. The Standard Insurance Company, a Connecticut Company et al | CASE NUMBER 24CV2389 |

## NOTICE OF CASE ASSIGNMENT AND CASE MANAGEMENT CONFERENCE

October 24, 2024

NOTICE OF CASE ASSIGNMENT AND CASE MANAGEMENT CONFERENCE
(Local Rule 7.12.05 and 7.12.06)

NOTICE IS HEREBY GIVEN that a CASE MANAGEMENT CONFERENCE in the above entitled case is set for 1:30 PM 03/26/2025 and 1354 Johnson Blvd, South Lake Tahoe, CA 96150.

A Case Management Statement must be filed and served not less than 15 days before the Conference.

If a party is demanding a jury trial, pursuant to Civil Code of Procedure section 631(b), a non-refundable jury fee of $150.00 must be deposited with the court on or before the initial Case Management Conference date in this action. Failure to timely deposit the funds will result in a waiver of a jury trial.

At the CASE MANAGEMENT CONFERENCE, you will be assigned a Dispute Resolution Conference Date, a Mandatory Settlement Conference Date, and a Trial Date. In lieu of a Dispute Resolution Conference, the parties may elect mediation, binding arbitration, or judicial arbitration.

In addition, the court will make pre-trial orders.

The Court will require full compliance of El Dorado County Local Rules, in particular, the rules governing Trial Court Case Management (rule 7.12.00, etc.). For additional information regarding the Trial Court Case Management Program visit our website at: www.eldoradocourt.org You must be prepared to discuss all matters and dates which are the subjects of the Case Management Conference. Telephonic court appearances are provided through the Court. To sign up to appear by telephone please go to the court's website at http://www.eldoradocourt.org/onlineservices/vcourt.html at least five (5) days prior to the scheduled conference.

## CLERK'S CERTIFICATE OF SERVICE

Mandatory Use
Local Form C-52
Effective 04/21/2021

Notice of Case Assignment & Case Management Conference
(Civil)

Page 1 of 1

I declare under penalty of perjury that I am over the age of 18 and not a party to the above action; that a copy of NOTICE OF CASE ASSIGNMENT AND CASE MANAGEMENT CONFERENCE was placed for mailing through either the United State Post Office or Inter-Departmental mail on the parties at the address shown herein. Executed on October 25, 2024, in South Lake Tahoe, California.

Delivered to:

Attorney Daniel Veroff
601 MONTGOMERY STREET SUITE 1925
SAN FRANCISCO, CA 94111

Shelby Wineinger, Court Executive Officer

By: _____

Deputy Clerk

Mandatory Use
Local Form C-52
Effective 04/21/2021

Notice of Case Assignment & Case Management Conference
(Civil)

Page 1 of 1

1 | Kathleen M. DeLaney (SBN 196376)
2 | Mary Anne Viau (SBN 225289)
kdelane5@travelers.com
mviau@travelers.com
3 | USERY & ASSOCIATES
Mailing Address: P.O. Box 2996
4 | Hartford, CT 06104-2996
Physical Address: 401 Lennon Lane, Suite 100
5 | Walnut Creek, CA  94598
Main (917) 778-6680
6 | Fax: (844) 571-3789

7

8 | Attorneys for Defendant THE STANDARD FIRE
INSURANCE COMPANY

9

**ELECTRONICALLY FILED**
Superior Court of California,
County of El Dorado
**12/09/2024 at 04:07:29 PM**
By: Wendy Warden, Deputy Clerk

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**COUNTY OF EL DORADO**

| | |
|---|---|
| JACK YOUNG, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE STANDARD FIRE INSURANCE COMPANY, a Connecticut Company; and DOES 1-10,<br><br>Defendants. | CASE NO. 24CV2389<br><br>**THE STANDARD FIRE INSURANCE COMPANY'S ANSWER TO PLAINTIFF'S COMPLAINT**<br><br>Complaint filed: October 24, 2024 |

Defendant The Standard Fire Insurance Company (hereinafter "SFIC") answers the unverified Complaint ("Complaint") filed by Plaintiff Jack Young (hereafter "Plaintiff") in the above-entitled matter, as follows.

**GENERAL DENIAL**

1. Pursuant to California Code of Civil Procedure section 431.30(d), SFIC denies each and every allegation contained in Plaintiff's Complaint. SFIC further denies that Plaintiff is entitled to any relief whatsoever from SFIC.

**AFFIRMATIVE DEFENSES**

2. Unless otherwise specifically provided herein, SFIC raises each of the following

-1-

affirmative defenses to each and every cause of action asserted against it and to each of the acts and/or omissions with which SFIC is charged in the Complaint.

3. SFIC hereby alleges the following affirmative defenses without assuming the burden of proof for such where the burden of the defense is not by law upon SFIC.

## FIRST AFFIRMATIVE DEFENSE

### (No Claim for Relief)

4. The Complaint, and each and every purported cause of action stated therein, fails to state facts sufficient to constitute any cause of action against SFIC.

## SECOND AFFIRMATIVE DEFENSE

### (Waiver/Estoppel)

5. SFIC is informed and believes, and on that basis alleges, that Plaintiff has waived his rights and is estopped from asserting the claim for breach of contract by virtue of his own acts, conduct, representations and omissions.

## THIRD AFFIRMATIVE DEFENSE

### (Comparative Fault)

6. To the extent that Plaintiff failed to exercise reasonable and ordinary care, caution, and/or prudence to avoid the damages alleged in the Complaint, any damage award that may be awarded against SFIC should be reduced accordingly.

## FOURTH AFFIRMATIVE DEFENSE

### (Cause of Damages)

7. The acts alleged to have been committed by SFIC were not the cause in fact, proximate cause, or legal cause of any damages complained of in the Complaint.

## FIFTH AFFIRMATIVE DEFENSE

### (Other Causes)

8. The loss, damage, and/or injury, if any, of Plaintiff were proximately caused by and/or contributed to by acts or omissions of third parties over whom SFIC has no authority and/or control.

## SIXTH AFFIRMATIVE DEFENSE

-2-

**(Offset)**

9.     The damages claimed by Plaintiff, if any, must be offset by any amounts Plaintiff has received or will receive from other sources for the same loss or injury, including but not limited to insurance payments, settlements, or any other compensation related to the alleged damages.

**SEVENTH AFFIRMATIVE DEFENSE**

**(Superseding Causes)**

10.     Plaintiff and/or other superseding and intervening persons, entities or incidents, and not SFIC, are the cause of resulting damages, if any, alleged by Plaintiff.

**EIGHTH AFFIRMATIVE DEFENSE**

**(Failure to Mitigate)**

11.     To the extent that Plaintiff failed to exercise reasonable care and diligence to mitigate his damages, any recovery that may be awarded to Plaintiff in this action should be reduced accordingly.

**NINTH AFFIRMATIVE DEFENSE**

**(Waiver/Estoppel)**

12.     SFIC is informed and believes, and on that basis alleges, that Plaintiff has waived his rights and is estopped from asserting the claim for breach of contract by virtue of his own acts, conduct, representations and omissions.

**TENTH AFFIRMATIVE DEFENSE**

**(Conduct Not Unlawful, Unfair, or Willful)**

13.     Any actions by SFIC that could be construed as relating to the conduct alleged in the Complaint were not unlawful, unfair, or willful.

**ELEVENTH AFFIRMATIVE DEFENSE**

**(Excuse/Justification)**

14.     The acts and omissions of SFIC, if any, were excused or justified by the information and facts available to SFIC at the time such acts and omissions, if any, occurred.

**TWELFTH AFFIRMATIVE DEFENSE**

**(Unclean Hands)**

15.    SFIC is informed and believes, and on that basis alleges, that Plaintiff acted with "unclean hands" in relation to the matters alleged in the Complaint and, by virtue of his acts, conduct, representations and omissions, Plaintiff has waived the right to relief.

### THIRTEENTH AFFIRMATIVE DEFENSE

### (Failure to Perform)

16.    Plaintiff is foreclosed from seeking damages in connection with any alleged breach of duty arising out of the Policy to the extent that Plaintiff failed to perform its obligations under the Policy.

### FOURTEENTH AFFIRMATIVE DEFENSE

### (The Policy Bars Damages)

17.    The Complaint and the recovery sought therein, are barred, in whole or in part, by the terms, conditions, definitions, limitations and exclusions contained in Policy number 609751891 633 1 issued by SFIC ("Policy").

### FIFTEENTH AFFIRMATIVE DEFENSE

### (Policy Coverages, Limitations, and Exclusions)

18.    The Policy provides, in relevant part, as follows:

**TRAVELERS HOMEOWNERS INSURANCE POLICY**

PERILS INSURED AGAINST
PROPERTY COVERAGE A – DWELLING
PROPERTY COVERAGE B – OTHER STRUCTURES

**1.** We insure against direct physical loss to property described in Property Coverages A and B.

**2.** We do not insure for loss:

  **a.**  Excluded under Property - Exclusions;

  **b.**  Involving collapse or danger of collapse, except as provided in Property – Additional Coverage 9. Collapse; or

  **c.**  Caused by:

…

    **(2)** Freezing, thawing, pressure or weight of water, ice or snow,

-4-

whether driven by wind or not, to a:

**(a)** Fence, pavement or patio;

**(b)** Outdoor spa or hot tub, outdoor sauna or outdoor swimming pool and any related equipment;

**(c)** Footing, foundation, bulkhead, wall, or any other structure or device that supports all or part of a building or other structure;

**(d)** Retaining wall or bulkhead that does not support all or part of a building or other structure; or

…

This exclusion applies whether any item identified in **(2)(a)** through **(e)** of this exclusion is wholly or partially above or below ground;

…

**(6)** Any of the following:

**(a)** Wear and tear, marring, scratching or deterioration;

…

**(f)** Settling, shrinking, bulging or expansion, including resultant cracking, of bulkheads, pavements, patios, footings, foundations, walls, floors, roofs or ceilings. This exclusion applies whether any item is wholly or partially above or below ground;

Under Perils Insured Against **2.b.** and c., any ensuing loss to property described in Property Coverages A and B not excluded by any other provision in this policy is covered.

…

### PROPERTY COVERAGE D – LOSS OF USE

The limit of liability for Property Coverage D is the total limit for the coverages in **1.** Additional Living Expense, **2.** Fair Rental Value and **3.** Civil Authority Prohibits Use.

**1. Additional Living Expense.**

**a.** If a loss covered under the Property Coverage Section makes that part of the "residence premises" where you reside not fit to live in, we cover any necessary increase in living expenses incurred by you so that your household can maintain its normal standard of living.

Payment will be for the lesser of:

**(1)** The shortest time required to:

    **(a)** Repair or replace the damage; or

    **(b)** Settle your household elsewhere, if you permanently relocate; or

**(2)** 24 months.

…

## PROPERTY – ADDITIONAL COVERAGES

Unless otherwise stated, the following coverages are additional insurance and are subject to the applicable deductible.

**1. Debris Removal.** We will pay your reasonable expense for the removal of debris of covered property if a Peril Insured Against that applies to the damaged property causes the loss.

This expense is included in the limit of liability that applies to the damaged property. If the amount to be paid for the actual damage to the property plus the debris removal expense is more than the limit of liability for the damaged property, an additional percentage, as shown in the Declarations for this Property – Additional Coverage, of that limit is available for such expense.

We do not pay for the removal of trees except as provided under Property – Additional Coverage **2.** Tree Removal. We also do not pay for:

**a.** Extraction of "pollutants" from land or water; or

**b.** Removal, restoration or replacement of polluted land or water.

**2. Tree Removal**. We will pay your reasonable expense, up to the limit shown in the Declarations for this Property - Additional Coverage, for the removal of trees fallen on the "residence premises" as a result of a Peril Insured Against, provided the tree(s):

**a.** Damage(s) a covered structure; or

**b.** Do(es) not damage a covered structure, but:

    **(1)** Block(s) a driveway on the "residence premises" which prevent(s) a "motor vehicle", that is registered for use on public roads or property, from entering or leaving the "residence premises"; or

**(2)** Block(s) a ramp or other fixture designed to assist a person to enter or leave the dwelling building.

The Per Loss Limit shown in the Declarations for this Property – Additional Coverage is the most we will pay in any one loss regardless of the number of fallen trees. No more than the Per Tree Limit shown in the Declarations for this Property - Additional Coverage will be paid for the removal of any one tree.

**3. Reasonable Repairs.**

**a.** We will pay the reasonable cost incurred by you for the necessary measures taken solely to protect covered property that is damaged by a Peril Insured Against from further damage.

**b.** If the measures taken involve repair to other damaged property, we will pay only if that property is covered under this policy and the damage is caused by a Peril Insured Against.

This coverage does not increase the limit of liability that applies to the covered property or relieve you of your duties described in Property – Conditions **2.d.** Duties After Loss.

**4. Trees, Shrubs and Other Plants.** We cover trees, shrubs, plants or lawns, on the "residence premises", for loss caused by the following Perils Insured Against:

**a.** Fire or Lightning;

**b.** Explosion;

**c.** Riot or Civil Commotion;

**d.** Aircraft;

**e.** Vehicles not owned or operated by a resident of the "residence premises";

**f.** Vandalism or Malicious Mischief; or

**g.** Theft.

We will pay up to the percentage of Property Coverage A shown in the Declarations for this Property – Additional Coverage for all damaged trees, shrubs, plants or lawns. No more than the Per Tree Limit shown in the Declarations for this Property – Additional Coverage will be paid for any one tree, shrub or plant. We do not cover property illegally grown or grown for "business" purposes.

**5. Fire Department Service Charge.** We will pay up to the limit shown in the Declarations for this Property - Additional Coverage for reasonable and necessary fire department charges incurred by you when the fire department is called to save or protect covered property from a Peril Insured Against.

-7-

No deductible applies to this coverage.

**6. Property Removed.** We insure covered property against direct loss from any cause while being removed from or returned to a premises endangered by a Peril Insured Against and for no more than 60 days while removed. This coverage does not change the limit of liability that applies to the removed property.

**7. Credit Card, Electronic Fund Transfer Card or Access Device, Forgery and Counterfeit Money.**

**a.** We will pay up to the limit shown in the Declarations for this Property – Additional Coverage for:

**(1)** The legal obligation of an "insured" to pay because of the theft or unauthorized use of credit cards issued to or registered in an "insured's" name;

**(2)** Loss resulting from theft or unauthorized use of an electronic fund transfer card or access device used for deposit, withdrawal or transfer of funds, issued to or registered in an "insured's" name;

**(3)** Loss to an "insured" caused by forgery or alteration of any check or negotiable instrument; and

**(4)** Loss to an "insured" through acceptance in good faith of counterfeit United States or Canadian paper currency.

No deductible applies to this coverage.

**b.** All loss resulting from a series of acts:

**(1)** Committed by any one person or group of persons acting in concert; or

**(2)** In which any one person or group of persons acting in concert is concerned or implicated;

is considered to be one loss.

**c.** We do not cover:

**(1)** Use of a credit card, electronic fund transfer card or access device:

**(a)** By a resident of your household;

**(b)** By a person who has been entrusted with either type of card or access device; or

**(c)** If an "insured" has not complied with all terms and conditions under which the cards are issued or the devices accessed; or

-8-

**(2)** Loss arising out of "business" use or dishonesty of an "insured".

**d.** If the coverage in **7.a.** applies, the following defense provisions also apply:

**(1)** We may investigate and settle any claim or suit that we decide is appropriate. Our duty to defend a claim or suit ends when the amount we pay for the loss equals our limit of liability.

**(2)** If a suit is brought against an "insured" for liability under **7.a.(1)** or **(2)**, we will provide a defense at our expense by counsel of our choice.

**(3)** We have the option to defend, at our expense, an "insured" or an "insured's" bank against any suit for the enforcement of payment under **7.a.(3)**.

**8. Loss Assessment.**

**a.** We will pay up to the limit shown in the Declarations for this Property – Additional Coverage for your share of loss assessment charged during the policy period against you, as owner or tenant of the "residence premises", by a corporation or association of property owners. The assessment must be made as a result of direct loss to property, owned by all members collectively, of the type that would be covered by this policy if owned by you, caused by a Peril Insured Against under Property Coverage A.

This coverage does not apply to assessments made as a result of damage caused by earthquake and other earthquake shocks, including land shock waves or tremors before, during or after volcanic activity.

We do cover loss caused directly by fire, explosion or theft resulting from earthquake and other earthquake shocks.

The limit shown in the Declarations is the most we will pay with respect to any one loss, regardless of the number of assessments. We will apply only one deductible, per unit, to the total amount of any one loss to the property described above, regardless of the number of assessments.

**b.** We do not cover assessments charged against you or a corporation or association of property owners by any governmental body.

**c.** Property - Condition **16.** Policy Period does not apply to this coverage.

**9. Collapse.**

**a.** With respect to this Property – Additional Coverage:

**(1)** Collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its current intended purpose.

**(2)** A building or any part of a building that is in danger of falling down or caving in is not considered to be in a state of collapse.

**(3)** A part of a building that is standing is not considered to be in a state of collapse even if it has separated from another part of the building.

**(4)** A building or any part of a building that is standing is not considered to be in a state of collapse even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**b.** We insure for direct physical loss to covered property involving abrupt collapse of a building or any part of a building if the collapse was caused by one or more of the following:

**(1)** A Peril Insured Against under Property Coverage C;

**(2)** Decay that is hidden from view, unless the presence of such decay is known to an "insured" prior to collapse or there are visible signs of damage and the "insured" has not taken prompt action to prevent further damage;

**(3)** Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an "insured" prior to collapse;

**(4)** Weight of contents, equipment, animals or people;

**(5)** Weight of rain which collects on a roof; or

**(6)** Use of defective material, methods or faulty, inadequate workmanship in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation.

**c.** Loss to an awning, fence, patio, deck, pavement, swimming pool, underground pipe, flue, drain, cesspool, septic tank, footing, foundation, wall, floor, retaining wall, bulkhead, pier, wharf or dock, whether any item is wholly or partially above or below ground, is not included under **9.b.(2)** through **(6)**, unless the loss is a direct result of the collapse of a building or any part of a building.

    **d.** This coverage does not increase the limit of liability that applies to the damaged covered property.

…

**12.**      **Ordinance or Law.**

    **a.** You may use up to the percentage of Property Coverage A shown in the Declarations for this Property – Additional Coverage for the increased costs you incur due to the enforcement of any ordinance or law which requires or regulates:

        **(1)** The construction, demolition, remodeling, renovation or repair of that part of a covered building or other structure damaged by a Peril Insured Against;

        **(2)** The demolition and reconstruction of the undamaged part of a covered building or other structure, when that building or other structure must be totally demolished because of damage by a Peril Insured Against to another part of that covered building or other structure; or

        **(3)** The remodeling, removal or replacement of the portion of the undamaged part of a covered building or other structure necessary to complete the remodeling, repair or replacement of that part of the covered building or other structure damaged by a Peril Insured Against.

    **b.** You may use all or part of this ordinance or law coverage to pay for the increased costs you incur to remove debris resulting from the construction, demolition, remodeling, renovation, repair or replacement of property as stated in **12.a.**

    **c.** We do not cover:

        **(1)** Stigma damage or any actual or perceived reduction or diminution in value to any covered building or other structure due to the requirements of any ordinance or law; or

        **(2)** The costs to comply with any ordinance or law which requires an "insured" or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants" in or on any covered building or other structure.

    **d.** The most we will pay for any increased costs to comply with any ordinance or law that becomes effective after the date of loss is $5,000.

…

**16.**      **Limited "Fungi" or Other Microbes Remediation.**

    **a.** If a loss covered under the Property Coverage Section results in "fungi" or other microbes, we will pay up to the limit shown in the

**SFIC'S ANSWER TO COMPLAINT – CASE NO. 24CV2389**

Declarations for this Property – Additional Coverage for:

**(1)** Remediation of the "fungi" or other microbes. This includes payment for the reasonable and necessary cost to:

**(a)** Remove the "fungi" or other microbes from covered property or to repair, restore or replace that property; and

**(b)** Tear out and replace any part of the building as needed to gain access to the "fungi" or other microbes;

**(2)** Any reasonable and necessary:

**(a)** Increase in living expense you incur; or

**(b)** Loss of fair rental value; as covered under Property Coverage D – Loss of Use, if the "fungi" or other microbes makes the "residence premises" not fit to live in; and

**(3)** Any reasonable and necessary testing or monitoring of air or property to confirm the absence, presence or level of the "fungi" or other microbes, whether performed prior to, during or after removal, repair, restoration or replacement.

**b.** We will pay under this Property – Additional Coverage only if:

**(1)** The covered loss occurs during the policy period;

**(2)** All reasonable means were used to save and preserve the property at the time of and after the covered loss; and

**(3)** We receive prompt notice of the covered cause of loss that is alleged to have resulted in "fungi" or other microbes.

**c.** The most we will pay under this Property - Additional Coverage is the limit of liability shown in the Declarations for Limited "Fungi" or Other Microbes Remediation. This is the most we will pay for the total of all loss or costs during the policy period regardless of the:

**(1)** Number of locations or items of property insured under this policy; or

**(2)** Number of losses or claims made.

Any amount payable under Property Coverage D as described in **16.a.(2)** of this Property – Additional Coverage is included within the limit of liability shown in the Declarations for Limited "Fungi" or Other Microbes Remediation.

**d.** If there is covered loss or damage to covered property, not caused, in whole or in part, by "fungi" or other microbes, loss payment will not be limited by the terms of this Property – Additional Coverage, except to the extent that "fungi" or other microbes cause an increase in the loss. Any such increase in the loss will be subject to

the terms of this Property – Additional Coverage.

    **e.** This coverage does not increase the limit of liability that applies to:

        **(1)** The damaged property; or

        **(2)** Property Coverage D – Loss of Use.

All other provisions of this policy apply to Property – Additional Coverages.

## PROPERTY – EXCLUSIONS

**A.** We do not insure for any direct or indirect loss or damage caused by, resulting from, contributing to or aggravated by any of the following. Such loss is excluded regardless of any other cause or event contributing concurrently or in any sequence to the loss.

These exclusions apply whether or not the loss event:

    **(1)** Results in widespread damage;

    **(2)** Affects a substantial area; or

    **(3)** Occurs gradually or suddenly.

These exclusions also apply whether or not the loss event arises from:

    **(1)** Any acts of nature;

    **(2)** Any human action or inaction;

    **(3)** The forces of animals, plants or other living or dead organisms; or

    **(4)** Any other natural or artificial process.

**1. Ordinance or Law**, meaning any ordinance or law:

    **a.** Requiring or regulating the construction, demolition, remodeling, renovation or repair of property, including removal of any resulting debris. This exclusion, **A.1.a.,** does not apply to the amount of coverage that may be provided for under Property - Additional Coverage **12**. Ordinance or Law;

    **b.** The requirements of which result in stigma damage or any actual or perceived reduction or diminution in value to property; or

    **c.** Requiring an "insured" or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

This exclusion applies whether or not the property has been physically damaged.

…

-13-

1
2

**5.  Neglect,** meaning neglect of an "insured" to use all reasonable means to save and preserve property at and after the time of a loss.

...

3
4
5

**11. "Fungi", Other Microbes or Rot,** meaning any loss or cost resulting from, arising out of, caused by, consisting of or related to "fungi", other microbes or rot.

This exclusion does not apply to:

6
7
8
9

**a.**  "Fungi" or other microbes remediation coverage that may be afforded under Property – Additional Coverage **16**. Limited "Fungi" or Other Microbes Remediation (this is Property – Additional Coverage **11**. Limited "Fungi" or Other Microbes Remediation in forms **HQ-P53** and **HQ-P56**); or

...

10
11
12

**12. Seepage or Leakage,** meaning constant or repeated seepage or leakage of water or steam, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of weeks, months or years.

This exclusion applies regardless of the source from which the water, steam or condensation seeped or leaked.

13
14
15
16

**B.**  We do not insure for loss to property described in Property Coverages A and B caused by any of the following. However, any ensuing loss to property described in Property Coverages A and B not excluded by any other provision in this policy is covered.

17
18

**1.**  Weather conditions. This exclusion applies only if weather conditions contribute in any way with a cause or event excluded in Property - Exclusion A. to produce the loss.

19
20

**2.**  Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

21

**3.**  Faulty, inadequate or defective:

22

**a.**  Planning, zoning, development, surveying or siting;

23
24

**b.**  Design, specifications, workmanship, repair, construction, renovation, remodeling, grading or compaction;

25

**c.**  Materials used in repair, construction, renovation or remodeling; or

26

**d.**  Maintenance;

27

of part or all of any property whether on or off the "residence premises".

28

...

**PROPERTY — CONDITIONS**

…

**2. Duties After Loss**. In case of a loss to covered property, we have no duty to provide coverage under this policy if the following duties are not performed. These duties must be performed either by you, an "insured" seeking coverage or a representative of either.

…

**d.** Protect the property from further damage. If repairs to the property are required, you must:

**(1)** Make reasonable and necessary repairs to protect the property; and

**(2)** Keep an accurate record of repair expenses;

…

19.     SFIC asserts that Plaintiff's claims are barred in whole or in part by the policy provisions set forth above.

## SIXTEENTH AFFIRMATIVE DEFENSE

### (Constitutional Defenses)

20.     The application in this action of breach of the implied covenant of good faith and fair dealing as the basis for extra-contractual and exemplary damages in insurance claim cases constitutes a denial to SFIC of due process of law and of equal protection of the laws in violation of Article I, §7 of the California Constitution.  Among the procedures of California law in this action that deny those rights to SFIC is the failure to bifurcate the trial of the issue of liability on the Policy from the issue of alleged guilt of oppression, fraud or malice.  This failure creates an unreasonable and unnecessary risk of an improper decision of all issues.

## SEVENTEENTH AFFIRMATIVE DEFENSE

### (Constitutional Defenses)

21.     The application in this action of breach of the implied covenant of good faith and fair dealing as the basis for extra-contractual and exemplary damages in insurance claim cases violates SFIC's rights guaranteed by Article I, §§ 7, 15, and 17 of the California Constitution, by

1  *inter alia*, not limiting the discretion of the trier of fact as to the amount of exemplary damages that

2  may be awarded.

3    22.    The application in this action of breach of the implied covenant of good faith and

4  fair dealing as the basis for extra-contractual and exemplary damages in insurance claim cases

5  violates SFIC's rights guaranteed by Article I, § 7 of the California Constitution, in that, by *inter*

6  *alia*, the award of exemplary damages would constitute an impermissible punishment of status.

7                              **EIGHTEENTH AFFIRMATIVE DEFENSE**

8                                    **(Constitutional Defenses)**

9    23.    The application in this action of breach of the implied covenant of good faith and

10  fair dealing as the basis for extra-contractual and exemplary damages in insurance claim cases

11  violates the rights of SFIC to equal protection of the laws and to freedom from cruel and unusual

12  punishment and from excessive fines guaranteed by Article I, §§ 7 and 17 and Article IV, § 16 of

13  the California Constitution.

14                              **NINETEENTH AFFIRMATIVE DEFENSE**

15                                    **(Constitutional Defenses)**

16    24.    The conditions of California law limiting the amount of exemplary damages that

17  may be awarded in specific types of cases, while allowing unlimited exemplary damages for other

18  tortious conduct, including breach of the implied covenant of good faith and fair dealing,

19  impermissibly discriminates against those subject to the unlimited exemplary damage awards, such

20  as SFIC, in favor of those not subject to unlimited exemplary damage awards, in violation of Article

21  I, § 7 and Article IV, § 16 of the California Constitution.

22                              **TWENTIETH AFFIRMATIVE DEFENSE**

23                                    **(Constitutional Defenses)**

24    25.    The application in this action of breach of the implied covenant of good faith and

25  fair dealing as the basis for extra-contractual and exemplary damages in insurance claim cases is

26  impermissibly vague, imprecise, and inconsistent, and in violation of SFIC's rights guaranteed by

27  Article I, § 7 of the California Constitution.

28                                          **PRAYER**

1   WHEREFORE, SFIC prays for judgment as follows:

2   1.   That Plaintiff take nothing by his Complaint;

3   2.   That the Court enter judgment in favor of SFIC and against Plaintiff;

4   3.   That the Complaint be dismissed with prejudice;

5   4.   That SFIC be awarded costs of suit; and

6   5.   Such other and further relief as the Court deems just and proper.

7
8   DATED:  December 9, 2024            **USERY & ASSOCIATES**

9
                                       By: _____
10                                          Kathleen M. DeLaney
                                            Mary Anne Viau
11                                     Attorneys for Defendant THE STANDARD FIRE
                                       INSURANCE COMPANY
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SFIC'S ANSWER TO COMPLAINT – CASE NO. 24CV2389**

1

## PROOF OF SERVICE

2

3

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 655 N. Central Ave., Glendale, CA 91205.

4

On December 9, 2024 I served the following documents described as:

5

6

**THE STANDARD FIRE INSURANCE COMPANY'S ANSWER TO PLAINTIFF'S COMPLAINT**

7

On the following interested parties in this action addressed as follows:

8

Daniel J. Veroff, Esq.

9

**MERLIN LAW GROUP**

10

601 Montgomery St., Ste 1925
San Francisco, California 94111
Tel: (415) 851-2300

11

dveroff@merlinlawgroup.com

12

**[X] BY ELECTRONIC MAIL SERVICE** as follows:  I caused the following party(s) to be served the above listed document(s) by electronic mail service/One Legal service at the email addresses to the party(ies) noted above.

13

14

**[X] BY MAIL SERVICE** as follows: I enclosed the document in a sealed envelope(s) or package(s) addressed to the party (ies) at the address(es) noted above and placed the envelope(s) for collection and mailing

15

16

**[X] STATE:**  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

17

18

Executed On December 9, 2024 at Glendale, California.

19

__/s/ Mai Segovia_____

20

Mai Segovia

21

22

23

24

25

26

27

28

-1-
**PROOF OF SERVICE**